# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL INDEMNITY COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALLIANZ GLOBAL RISKS U.S. INSURANCE COMPANY, as successor-in-interest to GENERAL FIRE AND CASUALTY COMPANY and VIAD CORPORATION, as successor-in-interest to GENERAL FIRE AND CASUALTY COMPANY,<br><br>　　　　Defendants. | Case No. 8:23-cv-322<br><br>**MOTION TO DISMISS<br>OF DEFENDANT VIAD CORP.** |

Defendant, Viad Corp[1] ("Viad") pursuant to Fed. R. Civ. P. 12(b)(2) and (6), moves the Court for an order dismissing the Complaint for lack of personal jurisdiction over Viad, and because the Complaint fails to state a claim upon which relief can be granted against Viad. In support, Viad submits the declaration of Derek P. Linde and its Memorandum of Law.

---

[1] The Complaint incorrectly refers to Viad as "Viad Corporation." Instead, "Viad Corp" is the legal name of Viad

Dated this 20th day of October, 2023.

        VIAD CORP, Defendant,

By:  /s/ Steven D. Davidson
Steven D. Davidson, #18684
BAIRD HOLM LLP
1700 Farnam Street, Suite 1500
Omaha, NE 68102
Telephone: (402) 344-0500
Facsimile: (402) 344-0588
sdavidson@bairdholm.com

and

Sean Thomas Keely (pro hac vice)
SMITH, GAMBRELL & RUSSELL, LLP
1301 Avenue of the Americas
21st Floor
New York, NY 10019
Telephone: (646) 887-9590
Facsimile: (646) 887-8163
skeely@sgrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Lawrence F. Harr
Jason W. Grams
David A. Changstrom
LAMSON, DUGAN & MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE 68114
lharr@ldmlaw.com
jgrams@ldmlaw.com
dchangstrom@ldmlaw.com

        /s/Steven D. Davidson

6211185.1