IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF NEBRASKA**

NATIONAL INDEMNITY COMPANY,

Plaintiff,

v.

ALLIANZ GLOBAL RISKS U.S. INSURANCE COMPANY, as successor-in-interest to GENERAL FIRE AND CASUALTY COMPANY and VIAD CORPORATION, as successor-in-interest to GENERAL FIRE AND CASUALTY COMPANY,

Defendants.

Case No. 8:23-cv-322

**INDEX OF EVIDENCE IN SUPPORT OF MOTION TO DISMISS OF DEFENDANT VIAD CORP.**

Defendant, Viad Corp[1] ("Viad"), attaches the following evidentiary materials offered in support of its Motion to Dismiss:

1. Declaration of Derek P. Linde.

[1] The Complaint incorrectly refers to Viad as "Viad Corporation." Instead, "Viad Corp" is the legal name of Viad.

Dated this 20th day of October, 2023.

VIAD CORP, Defendant,

By: /s/ Steven D. Davidson

Steven D. Davidson, #18684
BAIRD HOLM LLP
1700 Farnam Street, Suite 1500
Omaha, NE 68102
Telephone: (402) 344-0500
Facsimile: (402) 344-0588
sdavidson@bairdholm.com

and

Sean Thomas Keely (pro hac vice)
SMITH, GAMBRELL & RUSSELL, LLP
1301 Avenue of the Americas
21st Floor
New York, NY 10019
Telephone: (646) 887-9590
Facsimile: (646) 887-8163
skeely@sgrlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of October, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Lawrence F. Harr
Jason W. Grams
David A. Changstrom
LAMSON, DUGAN & MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE 68114
lharr@ldmlaw.com
jgrams@ldmlaw.com
dchangstrom@ldmlaw.com

/s/Steven D. Davidson

6211199.1