IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NATIONAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANZ GLOBAL RISKS U.S. INSURANCE COMPANY, as successor-in-interest to GENERAL FIRE AND CASUALTY COMPANY; and VIAD CORP, as successor-in-interest to GENERAL FIRE AND CASUALTY COMPANY;<br><br>Defendants. | ) | CASE NO: 8:23-cv-322-BCB-SMB<br><br>**DECLARATION OF DEREK P. LINDE IN SUPPORT OF VIAD CORP'S MOTION TO DISMISS** |

Pursuant to 28 U.S.C. § 1746, Derek P. Linde makes this declaration in support of the motion of Viad Corp ("Viad") to dismiss this action based on failure to state a claim and lack of personal jurisdiction.

1. I am the Chief Operating Officer, General Counsel & Corporate Secretary of Viad. I have personal knowledge of the matters specified in this declaration except where otherwise specified.

2. Viad provides hospitality, leisure activity, experiential marketing and live event services. It is not and has never been an insurer or reinsurer.

3. Viad is a Delaware corporation with its principal place of business in Arizona.

4. Viad was incorporated in 1991 as "The New Dial Corp." Attached as Ex. 1 is a copy of Viad's certificate of incorporation.

5. The company's name was changed to "Viad Corp" in 1996. Attached as Ex. 2 is a copy of the certificate of ownership and merger effecting the name change.

6. Viad is not authorized to conduct business in Nebraska and does not do so.

7. Viad does not maintain any offices in Nebraska and has no telephone numbers in Nebraska. Viad does not own or lease any property in Nebraska.

8. Viad has no bank accounts, employees, fax numbers, or telephone numbers in Nebraska.

9. Viad is not an insurance company. It never agreed to provide any insurance or reinsurance coverage to National Indemnity Company.

I declare under penalty of perjury that the foregoing is true and correct.

Scottsdale, Arizona
October 19, 2023

DEREK P. LINDE