IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NATIONAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANZ GLOBAL RISKS U.S. INSURANCE COMPANY, as successor-in-interest to GENERAL FIRE AND CASUALTY COMPANY; and VIAD CORPORATION, as successor-in-interest to GENERAL FIRE AND CASUALTY COMPANY,<br><br>Defendants. | ) | Case No. 8:23-cv-322<br><br>**NATIONAL INDEMNITY COMPANY'S INDEX OF EVIDENCE IN OPPOSITION TO VIAD CORP.'S MOTION TO DISMISS** |

COMES NOW, Plaintiff National Indemnity Company. ("NICO"), and hereby offers the following exhibits in Opposition to Defendant Viad Corporation's Motion to Dismiss:

| CM/ECF | Exhibit | Description |
|---|---|---|
| -1 | | Declaration of Donald Wurster dated November 22, 2023 |
| -2 | Wurster 1 | October 4, 1973 letter from NICO to Richter-Robb memorializing visit to NICO's offices in Omaha, Nebraska |
| -3 | Wurster 2 | August 29, 1973 letter from NICO to Richter-Robb re: NICO paying insurance premium to Sterling |
| -4 | Wurster 3 | Copies of correspondence between NICO and Richter-Robb, and Richter-Robb and Sterling, to place and manage the reinsurance provided by the Reinsurers |
| -5 | Wurster 4 | Public Entity Special Comprehensive Liability Policy, Policy No. PE 250001 issued by NICO to the State of Montana for the policy period from July 1, 1973 to July 1, 1975 |
| -6 | Wurster 5 | May 25, 2022, Order approving the final settlement entered between NICO and the State of Montana |
| -7 | | Declaration of Judy Harnadek dated November 21, 2023 |
| -8 | Harnadek 1 | Email chain regarding *National Indemnity Company v. State of Montana*/ NICO Policy No: 70 PE 250001 – Fortress Pool Cert 10470 |

| | | |
|---|---|---|
| -9 | | Declaration of Jason W. Grams dated November 22, 2023 |
| -10 | Grams 1 | Affidavit executed and submitted by Viad's General Counsel in opposition to a motion for summary judgment in *Continental Ins. Co. v. Allianz Ins. Co. and Viad Corp.*, No. 00-cv-4548, 2000 WL 34508538 (S.D.N.Y. Oct. 9, 2002) |
| -11 | Grams 2 | Affidavit executed by Viad's General Counsel in support of a motion to stay litigation and compel arbitration in *Continental Ins. Co. v. Allianz Ins. Co. and Viad Corp.*, No. 00-cv-4548, 2000 WL 34508538 (S.D.N.Y. Oct. 9, 2002) |

DATED this 27th day of November, 2023.

NATIONAL INDEMNITY COMPANY,
Plaintiff,

By: s/ Jason W. Grams

Lawrence F. Harr, #11719
Jason W. Grams, #24596
David A. Changstrom, #26518
LAMSON, DUGAN & MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE 68114
T: (402) 397-7300 | F: (402) 397-7824
lharr@ldmlaw.com
jgrams@ldmlaw.com
dchangstrom@ldmlaw.com

*ATTORNEYS FOR PLAINTIFF*
*NATIONAL INDEMNITY COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ Jason W. Grams