10/19

October 4, 1973

Mr. Cecil E. Munson
Richter/Robb & Co.
Denver, Colorado

Re: State of Montana
Policy #PE 250001

Dear Cecil:

This is merely to remind you that in accordance with our conversation on September 21 when you were in the office, that we requested that you send us copies of the endorsements to this policy which we were not furnished with when our daily reports were received.

Thanks.

Sincerely yours,

NATIONAL INDEMNITY COMPANY

Roland D. Miller
RDM:mch

EXHIBIT
1