STOCK COMPANY NI SOUND PROTECTION

national indemnity company

August 29, 1973

Mr. Roland Miller
Vice President
National Indemnity Company
3024 Harney Street
Omaha, Nebraska 68131

Re: State of Montana
#PE 25001

Dear Roland:

Enclosed is your copy of the daily for this risk together with premium analysis.

We have reduced our allowance on this risk to 16½% which will give you more loss paying power.

Also attached is cover note 359 for the reinsurance. We will supply Sterling offices with copy of the policy and they will then issue a reinsurance certificate. We will forward this to you when we receive it so that you may pay the reinsurance premium to Sterling office.

Sincerely,

Cecil E. Munson

CEM/dt
encl.

[redacted]

need copies of E. L. 1 + 2.
PS 5545 P366 51

RICHTER / ROBB & CO.
PUBLIC ENTITY ACCOUNT UNDERWRITERS
1240 W. BAYAUD AVENUE • DENVER, COLORADO 80223 • 303-744-3261

EXHIBIT
2