July 26, 1973

Mr. Cecil E. Munson
Richter/Robb & Co.
Denver, Colorado

Re: State of Montana
Binder #BR 977045

Dear Cecil:

This will acknowledge receipt of your letter of July 13 along with binder for the above and will also confirm our phone conversation of July 25.

The policy number on this should be PE 250001 and you should have the supply of policies by the time you receive this letter.

I will appreciate your furnishing us with evidence of reinsurance with the Gulf Insurance Company excess of 100/300/100 up to the $1,000,000 level and then also furnish us with the facultative excess above that up to $3,000,000. We would like to have this evidence of reinsurance just as soon as possible and understand that you have arranged for the facultative excess through Sterling Offices Ltd. with "A" rated reinsurance companies.

I will also appreciate your giving us a break down of the reinsurance premiums for the Gulf as well as the facultative excess and indicate whether this is on a net or gross basis and also indicate the commissions payable to your office.

Yours sincerely,

NATIONAL INDEMNITY COMPANY

Roland D. Miller
RDM:skl

**PLEASE RETURN THIS COPY WITH YOUR REPLY**

EXHIBIT
3

**RICHTER/ROBB & CO.** UNDERWRITING MANAGERS PUBLIC ENTITY ACCOUNTS

July 1, 1975

Mr. Roland Miller, Vice President
National Indemnity Company
3024 Harney Street
Omaha, Nebraska 68131

Re: State of Montana
PE 250001

Dear Roland:

Attached is a copy of Intere's letter of June 17.

Will you please let us have the reinsurance certificate requested.

Sincerely yours,

C. E. M[illegible]on

CEM:dee

Enclosure

3024 HARNEY
RECEIVED #1 JUL 3 1975

P.O. BOX 18N, DENVER, COLORADO 80218 / (303) 831-7888 / TELEX 45-4444

8/24

August 9, 1973

Mr. Cecil E. Munson
Richter/Robb & Co.
Denver, Colorado

Re: State of Montana
Policy #PE 250001

Dear Cecil:

This will acknowledge and thank you for your letter of August 7 along with the cover notes for facultative excess coverage. Although you indicate that you are attaching the cover notes for facultative excess up to $1,000,000, actually this is coverage for excess of $1,000,000 up to $3,000,000.

We note that the first $1,000,000 excess of $1,000,000 is in the Skandia Insurance Company. We assume that this is Skandia Insurance Company, Ltd. (Sweden) and will appreciate your confirmation in that respect.

We see that $1,000,000 excess of $2,000,000 has been placed in Constitution Reinsurance Corporation, which appears to be satisfactory; however, we have no information on Newark Reinsurance Management Corporation and will appreciate it if you will give us more complete information on this corporation as to whether or not they are carrying the coverage themselves or if this is placed in other reinsurers, and if so, please give us the names of the other reinsurers. We do not find this company listed in Best's.

Also, we must still have evidence of coverage excess of 100/300/100 with the Gulf.

May we please have this as soon as possible along with a daily report and breakdown of premiums, commissions and so forth.

Yours sincerely,

NATIONAL INDEMNITY COMPANY

Roland D. Miller
RDM:jfw

Richter - Robb & Co.

UNDERWRITING MANAGERS
PUBLIC ENTITY ACCOUNTS

August 20, 1974

Mr. Roland Miller, Vice President
National Indemnity Company
3024 Harney Street
Omaha, Nebraska 68131

Dear Roland:

I am enclosing a revised Cover Note #330 in which you will note on the State of Montana they have placed a $1 million layer excess of $2 million in the Constitution Reinsurance Corporation, and the Calvert Fire Insurance Company. This replaces the Newark Reinsurance Group participation.

You will note they also are requesting the Fortress' original certificate on the top layer and Newark's on the $1 million ex $2 million layer. Please send these to me so I can forward them onto them.

Sincerely yours,

E. R. Dobbins

ERD:kv

Enclosure

RECEIVED AUG 2?

P.O. BOX 18N, DENVER, COLORADO 80218 / (303) 831-7888 TELEX 45-4444

Intere

INTERNATIONAL REINSURANCE INTERMEDIARIES & CONSULTANTS

125 SOUTH WACKER DRIVE • Chicago, Illinois 60606

Facultative Department

RUTH A. CURRY Assistant Vice President

Mr. E. R. Dobbins
Richter/Robb & Co.
P.O. Box 18 N
Denver, Colorado 80218

Date: August 12, 1974

Reinsured: National Indemnity Company
Account: State of Montana
Original Policy No.: PE 250001
Original Policy Period: July 1, 1974 to July 1, 1976

1) X We enclose Cover Note No. Revised 330 confirming our placement. Please review carefully and advise any changes required.

2) ___ Please forward copies of your policy (and/or endorsements).

3) ___ We enclose the Reinsurance Certificate(s) (and/or endorsements) for the above.

4) ___ Please forward Underwriting Information as soon as it is available.

5) ___ May we please have your reply to the attached letter.

6) X Please return Fortress' original certificate on the top layer and Newark Re's on the $1 million ex $2 million layer.

INTERE INTERMEDIARIES, INC.

Nancy Engel

IR

# Intere

INTERNATIONAL REINSURANCE INTERMEDIARIES & CONSULTANTS

Telephone (312) 786-0432

Mr Cecil Munson
Attn: Accounting Department
Richter Robb, Inc.
Box 18 N
Denver, Colorado 80218

Date: July 9, 1974

FACULTATIVE REINSURANCE

R/I: National Indemnity Insurance Company
A/C: State of Montana
CN #330

Pol. No.: 25 0001

Effective: 7/1/74 to 7/1/75

Premium: $ 17,500 net ann

Reinsurer: Constitution Reins Corp. $ 8,750.00
Newark Re Mgmt Corp $ 8,750.00

Please remit by return mail to our Chicago Office. Make checks payable to "Intere"."
Thank you.

INSTALLMENTS
7/1/75

# STERLING OFFICES LTD.

REINSURANCE INTERMEDIARIES AND CONSULTANTS

NEW YORK SAN FRANCISCO CHICAGO ATLANTA

## COVER NOTE OF FACULTATIVE REINSURANCE

COVER NOTE NO.: 330 DATE: 7-2-73

COMPANY: National Indemnity Insurance Company

ASSURED: State of Montana

EFFECTIVE: July 1, 1973 to July 1, 1974.

COVERAGE: Comprehensive General Liability including Professional Liability.

LIMITS: $1,000,000 each Occurance and Aggregate excess of $2,000,000 each Occurance and Aggregate.

PREMIUM: $17,500 Net. ÷ 76% = gross 23,026. less 24%.

EFFECTIVE WITH: Constitution Reinsurance Corporation $500,000. A+AAA
Newark Reinsurance Management Corporation $500,000.

STERLING OFFICES LTD.

[signature]