# NATIONAL INDEMNITY COMPANY

POLICY CERTIFICATION

I hereby certify that, to the best of my knowledge and belief, except for the initial schedule and final audit of insured vehicles, the attached is a true and correct copy of National Indemnity Company Policy PE 2500001.

Date: 10/6/09

John P. Giandinoto
Assistant Vice President

EXHIBIT
4

FOR ORDINARY MAIL CANCELLATION NOTICE
...one copy to the Company without...
Complete Certification of Mailing...

FOR REGISTERED MAIL CANCELLATION NOTICE
...copy to the Company without delay and both tissue paper Registered Mail Receipt and Registered Letter Receipt Card

U 1013e (1/69)

# NATIONAL INDEMNITY COMPANY

3024 HARNEY ST. OMAHA, NEBR. 68131

## NOTICE OF CANCELLATION

OF ______ POLICY

KIND OF POLICY

| POLICY NO. | ISSUED THROUGH AGENCY OR OFFICE AT: | IS CANCELLED TO TAKE EFFECT AT: |
|---|---|---|
| NB 250001 | Helena, Montana | 12:01 A. M. July 1, 1975<br>HOUR - STANDARD TIME - DATE |

THIS NOTICE MAILED TO:

State of Montana

Helena, Montana

JUN 25 1975

CC 5941

Received Canc. Dept. APR 16 1975

MAIL THIS COPY TO COMPANY

AMOUNT OF POLICY $
PREMIUM $
EXPIRATION
RETURN PREMIUM $
PREMIUM DUE $

You are hereby notified that in accordance with the terms and conditions of the above mentioned policy your insurance will cease at and from the hour and date mentioned above.

Company Request

P/N

If the premium has been paid, premium adjustment will be made as soon as practicable after cancellation becomes effective. Excess premium paid, if any, will be refunded on demand.

If the premium has not been paid, a bill for the premium earned to the time of cancellation will be forwarded in due course.

cc: Bobcat Booster's Club

Bozeman, Montana

NATIONAL INDEMNITY COMPANY
COMPANY
[signature]
AUTHORIZED REPRESENTATIVE

Post Office Department

Received from

National Indemnity Company

3024 Harney St., Omaha, Nebraska

One piece of ordinary 1st class mail addressed to—

State of Montana

Helena, Montana

THIS RECEIPT DOES NOT PROVIDE FOR INDEMNIFICATION

POSTMASTER

Form 3817

OMAHA, NEBR. APR 15 1975

## CERTIFICATION

I hereby certify that I personally mailed in the U.S. Post Office at the place and time stamped hereon, a notice of cancellation an exact carbon copy of which appears above, and at said time received from the U. S. Post Office the receipt (Form 3817) hereto attached.

Signed this 15th day of April 1975

Signature Carol-Anne Strawbing

CLAIM A.C.A. SHEET MADE

MONTANA ...IC ENTITY SPECIAL COMPREH... LIABILITY POLICY

# NATIONAL INDEMNITY COMPANY

No. PE 258001 [redacted]

3024 HARNEY STREET OMAHA, NEBRASKA

16 "29 Comm.

Inst. policy

## DECLARATIONS

Item 1. Named Insured and Mailing Address: (No., Street, City, County, State, Zip Code)

State of Montana
Helena, Montana

CLAIM CARD MADE
FIRST NO. RO-25 (new card made for 7-1-76)

Special Claim Item Staffing Office Lt. per Cover Notes attached.
Prem cost 119,019.44 7/1/74
net cost 90,520.

Item 2. Policy Period: (Mo. Day Yr.)
From July 1, 1973 To July 1, 1976
12:01 A.M., Mountain Standard Time

Item 3. The Named Insured is: ☐ County ☐ City ☒ Other State

Item 4. The insurance afforded is only with respect to such and so many of the following coverages as are indicated by specific limits of liability. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of this policy having reference thereto.

| COVERAGES | LIMITS OF LIABILITY | |
|---|---|---|
| **Comprehensive General Liability Insurance** | | |
| A. Bodily Injury Liability | $ See endorsement #1 | each person |
| | $ | each occurrence |
| | $ | aggregate |
| B. Property Damage Liability | $ See endorsement #1 | each occurrence |
| | $ | aggregate |
| **Comprehensive Automobile Liability Insurance** | | |
| C. Bodily Injury Liability | $ | each person |
| | $ | each occurrence |
| D. Property Damage Liability | $ | each occurrence |
| **Personal Injury Liability Insurance** | | |
| E. Personal Injury Liability — Insured's Participation........0% | $ See endorsement #1 | each person aggregate |
| | $ | general aggregate |
| **Errors or Omissions Liability Insurance** | | |
| F. Errors or Omissions Liability | $ See endorsement #1 | each Person |
| | $ | aggregate |

R28

FOLLOW CARD RECORDED

Item 5. Number of forms and endorsements forming a part of this policy at inception
PE-3598(7-72); PE6631(7-72) – Endorsements #1 and #2

Estimated premium is payable $ 315,276 in advance, $ to be determined on first anniversary
and $ to be determined second anniversary

The 1st and 2nd anniversary premiums do not include the premiums for the automobile coverages. If policy period is for more than one year, the automobile premiums for the second and third years will be charged in accordance with the company's automobile manual of rules and rates in effect on the first and second anniversary dates.

Countersigned at Helena, Montana

on ........

AUTHORIZED REPRESENTATIVE

BRANCH-GENERAL AGENTS COPY

MONTANA PUBLIC ENTITY SPECIAL COMPREHENSIVE LIABILITY POLICY

# NATIONAL INDEMNITY COMPANY

POLICY PROVISIONS — PART A

## NATIONAL INDEMNITY COMPANY

(A stock insurance company, herein called the company)

In consideration of the payment of the premium, in reliance upon the statements in the declarations made a part hereof and subject to all of the terms of this policy, agrees with the named insured as follows:

## COMPREHENSIVE GENERAL LIABILITY INSURANCE

**I. COVERAGE A — BODILY INJURY LIABILITY**

**COVERAGE B. — PROPERTY DAMAGE LIABILITY**

The company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of

A. bodily injury or

B. property damage

to which this insurance applies, caused by an occurrence, and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements;

Exclusions

This insurance does not apply:

(a) to liability assumed by the insured under any contract or agreement except a defined contract; but this exclusion does not apply to a warranty of fitness or quality of the named insured's products or a warranty that work performed by or on behalf of the named insured will be done in a workmanlike manner;

(b) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of:

(1) any automobile or aircraft owned or operated by or rented or loaned to any insured, or

(2) any other automobile or aircraft operated by any person in the course of his employment by the named insured;

but this exclusion does not apply to the parking of an automobile on premises owned by, rented to or controlled by the named insured or the ways immediately adjoining, if such automobile is not owned by or rented or loaned to the named insured;

(c) to bodily injury or property damage arising out of and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to any insured;

(d) to bodily injury or property damage due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing, with respect to

(1) liability assumed by the insured under a defined contract, or

(2) expenses for first aid under the Supplementary Payments provision;

(e) to any obligation for which the insured or any carrier as his insurer may be held liable under any workman's compensation, unemployment compensation or disability benefits law, or under any similar law;

(f) to bodily injury to any employee of the insured arising out of and in the course of his employment by the insured; but this exclusion does not apply to liability assumed by the insured under a defined contract;

(g) to property damage to

(1) property owned or occupied by or rented to the insured,

(2) property used by the insured, or

(3) property in the care, custody or control of the insured or as to which the insured is for any purpose exercising physical control;

but part (1) of this exclusion does not apply (provided the insured has not assumed liability under any contract or agreement), to property damage to structures or portions thereof rented to or occupied by the insured, including fixtures permanently attached thereto, arising out of fire; parts (2) and (3) of this exclusion do not apply with respect to liability under a written sidetrack agreement and part (3) of this exclusion does not apply with respect to property damage (other than to elevators) arising out of the use of an elevator at premises owned by, rented to or controlled by the named insured;

(h) to property damage to premises alienated by the named insured arising out of such premises or any part thereof;

(i) to property damage to work performed by or on behalf of the named insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;

(j) to bodily injury or property damage arising out of riot, civil commotion or mob action or out of any act or omission in connection with the prevention of any of the foregoing;

(k) to eminent domain proceedings;

(l) to bodily injury or property damage arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any water course or body of water; but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental.

**II. PERSONS INSURED**

Each of the following is an insured under this insurance to the extent set forth below:

(a) the named insured;

(b) while acting within the scope of his duties as such:

(1) any member of the governing body of the named insured,

(2) any member of boards or commissions of the named insured,

(3) any elected or appointed official of the named insured,

(4) any employee of the named insured;

(c) any person or organization while acting as real estate manager for the named insured; and

(d) with respect to the operation, for the purpose of locomotion upon a public highway, of mobile equipment owned by the named insured, any other person while operating with the permission of the named insured any such equipment owned by the named insured and any person or organization legally responsible for such operation, but only if there is no other valid and collectible insurance available, either on a primary or excess basis, to such person or organization; provided that no person or organization shall be an insured under this paragraph (d) with respect to:

(1) bodily injury to any fellow employee of such person injured in the course of his employment, or

(2) property damage to property owned by, rented to, in charge of or occupied by the named insured or the employer of any person while operating

with the permission of the named insured any such equipment owned by
the named insured and any person or organization legally responsible for
such operation.
This insurance does not apply to any employee with respect to bodily injury
to another employee of the same employer injured in the course of his
employment;

Subject to the above provisions respecting "each person" and "each occur-
rence", the total liability of the company for all damages because of all bodily
injury included within the products hazard shall not exceed the limit of bodily
injury stated in the declarations as "aggregate."
Coverage B—The total liability of the company for all damages because of all
property damage sustained by one or more persons or organizations as the result

II. LIMITS OF LIABILITY
Regardless of the number of (1) insureds under this policy, (2) persons or
organizations who sustain bodily injury or property damage, or (3) claims made or
suits brought on account of bodily injury or property damage, the company's
liability is limited as follows:
Coverage A — The limit of bodily injury liability stated in the declarations
as applicable to "each person" is the limit of the company's liability for all
damages because of bodily injury sustained by one person as the result of
any one occurrence; but subject to the above provision respecting "each person,"
the total liability of the company for all damages because of bodily injury sus-
tained by two or more persons as the result of any one occurrence shall not
exceed the limit of bodily injury liability stated in the declarations as applicable
to "each occurrence."

of any one occurrence shall not exceed the limit of property damage liability
stated in the declarations as applicable to "each occurrence."
Subject to the above provisions respecting "each person" and "each occur-
rence", the total liability of the company for all damages because of all property
damage included within the products hazard shall not exceed the limit of property
damage stated in the declarations as aggregate."
Coverages A and B—For the purpose of determining the limit of the company's
liability, all bodily injury and property damage arising out of continuous or
repeated exposure to substantially the same general conditions shall be considered
as arising out of one occurrence.

IV. POLICY TERRITORY
This insurance applies only to bodily injury or property damage which occurs
within the policy territory.

# COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE

I. COVERAGE C — BODILY INJURY LIABILITY
COVERAGE D — PROPERTY DAMAGE LIABILITY
The company will pay on behalf of the insured all sums which the insured
shall become legally obligated to pay as damages because of
C. bodily injury or
D. property damage
to which this insurance applies, caused by an occurrence and arising out of the
ownership, maintenance or use, including loading and unloading, of any automo-
bile, and the company shall have the right and duty to defend any suit against the
insured seeking damages on account of such bodily injury or property damage,
even if any of the allegations of the suit are groundless, false or fraudulent, and
may make such investigation and settlement of any claim or suit as it deems
expedient, but the company shall not be obligated to pay any claim or judgment
or to defend any suit after the applicable limit of the company's liability has been
exhausted by payment of judgments or settlements.

Exclusions
This insurance does not apply:
(a) to any obligation for which the insured or any carrier as his insurer may be
held liable under any workmen's compensation, unemployment compensation
or disability benefits law, or under any similar law;
(b) to bodily injury to any employee of the insured arising out of and in the
course of his employment by the insured, but this exclusion does not apply
to any such injury arising out of and in the course of domestic employment
by the insured unless benefits therefor are in whole or in part payable or
required to be provided under any workmen's compensation law;
(c) to property damage to
(1) property owned or being transported by the insured, or
(2) property rented to or in the care, custody or control of the insured, or as to
which the insured is for any purpose exercising physical control, other
than property damage to a residence or private garage by a private pas-
senger automobile covered by this insurance;
(d) to bodily injury due to war, whether or not declared, civil war, insurrection,
rebellion or revolution or to any act or condition incident to any of the
foregoing, with respect to expenses for first aid under the Supplementary
Payments provision.

II. PERSONS INSURED
Each of the following is an insured under this insurance to the extent set
forth below:
(a) the named insured;
(b) any elected or appointed official or employee of the named insured with
respect to a non-owned automobile only while such automobile is being used
in the business of the named insured;
(c) any other person while using an owned automobile or a hired automobile
with the permission of the named insured, provided his actual operation or
(if he is not operating) his other actual use thereof is within the scope of
such permission, but with respect to bodily injury or property damage arising
out of the loading or unloading thereof, such other person shall be an
insured only if he is:
(1) a lessee or borrower of the automobile, or
(2) an employee of the named insured or of such lessee or borrower;
(d) any other person or organization but only with respect to his or its liability
Because of acts or omissions of an insured under (a), (b) or (c) above.

None of the following is an insured:
(i) any person while engaged in the business of his employer with respect to
bodily injury to any fellow employee of such person injured in the course
of his employment;
(ii) the owner or lessee (of whom the named insured is a sub-lessee) of a
hired automobile or the owner of a non-owned automobile, or any agent
or employee of any such owner or lessee;
(iii) an elected or appointed official or employee of the named insured with
respect to an automobile owned by a member of his household unless such
automobile is specifically described in this policy;
(iv) any person or organization, other than the named insured, with respect to:
(1) a motor vehicle while used with any trailer owned or hired by such
person or organization and not covered by like insurance in the company
(except a trailer designed for use with a private passenger automobile
and not being used for business purposes with another type motor
vehicle), or
(2) a trailer while used with any motor vehicle owned or hired by such
person or organization and not covered by like insurance in the company.
(v) any person while employed in or otherwise engaged in duties in con-
nection with an automobile business, other than an automobile business
operated by the named insured.

III. LIMITS OF LIABILITY
Regardless of the number of (1) insureds under this policy, (2) persons or
organizations who sustain bodily injury or property damage, (3) claims made or
suits brought on account of bodily injury or property damage or (4) automobiles to
which this policy applies, the company's liability is limited as follows:
Coverage C—The limit of bodily injury liability stated in the declarations as
applicable to "each person" is the limit of the company's liability for all damages
because of bodily injury sustained by one person as the result of any one
occurrence; but subject to the above provision respecting "each person," the total
liability of the company for all damages because of bodily injury sustained by
two or more persons as the result of any one occurrence shall not exceed the
limit of bodily injury liability stated in the declarations as applicable to "each
occurrence."
Coverage D—The total liability of the company for all damages because of all
property damage sustained by one or more persons or organizations as the
result of any one occurrence shall not exceed the limit of property damage
liability stated in the declarations as applicable to "each occurrence."
Coverages C and D—For the purpose of determining the limit of the com-
pany's liability, all bodily injury and property damage arising out of continuous
or repeated exposure to substantially the same general conditions shall be con-
sidered as arising out of one occurrence.

IV. POLICY TERRITORY
This insurance applies only to bodily injury or property damage which occurs
within the territory described in paragraph (1) or (2) of the definition of policy
territory.

V. ADDITIONAL DEFINITIONS
When used in reference to this insurance (including endorsements forming a
part of the policy):
"Automobile business" means the business or occupation of selling, repairing,
servicing, storing or parking automobiles;

ATTACH DECLARATIONS PAGE TO TOP EDGE OF THIS PAGE

**Endorsements may be attached here.**

"hired automobile" means an automobile not owned by the named insured which is used under contract in behalf of, or loaned to, the named insured, provided such automobile is not owned by (a) a partner or executive officer of the named insured or (b) an employee or agent of the named insured who is granted an operating allowance of any sort for the use of such automobile;

"non-owned automobile" means an automobile which is neither an owned automobile nor a hired automobile;

"owned automobile" means an automobile owned by the named insured;

"private passenger automobile" means a four wheel private passenger or station wagon type automobile;

"Trailer" includes semi-trailer but does not include mobile equipment.

## PERSONAL INJURY LIABILITY INSURANCE

**I. COVERAGE E — PERSONAL INJURY LIABILITY**

The company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of injury (herein called "personal injury") sustained by any person or organization and arising out of

(A) false arrest, detention or imprisonment, or malicious prosecution;

(B) the publication or utterance of a libel or slander or of other defamatory or disparaging material, or a publication or utterance in violation of an individual's right of privacy; except publications or utterances in the course of or related to advertising, broadcasting or telecasting activities conducted by or on behalf of the insured;

(C) wrongful entry or eviction, or other invasion of the right of private occupancy;

if such offense is committed during the policy period within the United States of America, its territories or possessions, or Canada, and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such personal injury even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

Exclusions

This insurance does not apply:

(a) to liability assumed by the insured under any contract or agreement;

(b) to personal injury arising out of the willful violation of a penal statute or ordinance committed by or with the knowledge or consent of any insured;

(c) to personal injury arising out of any publication or utterance described in subsection (B) of Coverage E, if the first injurious publication or utterance of the same or similar material by or on behalf of the insured was made prior to the effective date of this insurance;

(d) to personal injury arising out of a publication or utterance described in subsection (B) of Coverage E concerning any organization or business enterprise, or its products or services, made by or at the direction of any insured with knowledge of the falsity thereof.

**II. PERSONS INSURED**

Under this insurance, the insured shall be the same as indicated in parts (a) and (b) of the "Persons Insured" provisions applicable to Comprehensive General Liability Insurance.

**III. LIMITS OF LIABILITY; INSURED'S PARTICIPATION**

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain personal injury, or (3) claims made or suits brought on account of personal injury, the total liability of the company for all damages because of all personal injury to which this coverage applies, sustained by any one person or organization, shall not exceed the limit of personal injury liability stated in the declarations as "each person aggregate."

Subject to the above provision respecting "each person aggregate," the total limit of the company's liability under this coverage for all damages shall not exceed the limit of personal injury liability stated in the declarations as "general aggregate."

If a participation percentage is stated in the declarations for the insured, the company shall not be liable for a greater proportion of any loss than the difference between such percentage and one hundred percent and the balance of the loss shall be borne by the insured; provided the company may pay the insured's portion of a loss to effect settlement of the loss, and, upon notification of the action taken, the named insured shall promptly reimburse the company therefor.

**IV. AMENDED DEFINITION**

When used in reference to this insurance:

"damages" means only those damages which are payable because of personal injury arising out of an offense to which this insurance applies.

## ERRORS OR OMISSIONS LIABILITY INSURANCE

**I. COVERAGE F — ERRORS OR OMISSIONS LIABILITY**

The company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay on account of any claim for breach of duty made against the insured by reason of any negligent act, error or omission of the insured if such negligent act, error or omission is committed during the policy period and discovered during the policy period or within twenty-four months after termination of the policy, and the company shall have the right and duty to defend any suit against seeking damages on account of such breach of duty even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

Exclusions

This insurance does not apply:

(a) to any dishonest, fraudulent, criminal or malicious act;

(b) to injury to, destruction or disappearance of any tangible property (including money) or the loss of use thereof;

(c) to sums which are payable under Coverages A, B, C, D, or E.

The exclusions applicable to Comprehensive General Liability Insurance also apply to this insurance.

**II. PERSONS INSURED**

Under this insurance, the insured shall be the same as indicated in parts (a) and (b) of the "Persons Insured" provisions applicable to Comprehensive General Liability Insurance.

**III. LIMITS OF LIABILITY**

The total limit of the company's liability for all sums payable under this coverage to any one person or organization shall not exceed the limit of errors or omissions liability stated in the declarations as "each person."

Subject to the above provision respecting "each person," the total limit of the company's liability under this coverage shall not exceed the limit of errors or omissions liability stated in the declarations as "aggregate."

## DEFINITIONS

When used in this policy (including endorsements forming a part hereof):

"automobile" means a land motor vehicle, trailer or semi-trailer designed for travel on public roads (including any machinery or apparatus attached thereto), but does not include mobile equipment;

"bodily injury" means bodily injury, sickness or disease sustained by any person which occurs during the policy period, including death and any time resulting therefrom;

"defined contract" means any written agreement, except one pertaining to aircraft, under which the named insured assumes the liability of others for bodily injury or property damage;

"elevator" means any hoisting or lowering device to connect floors or landings, whether or not inservice, and all appliances thereof including any car, platform, shaft, hoistway, stairway, runway, power equipment and machinery; but does not include an automobile servicing hoist, or a hoist without a platform outside a building if without mechanical power or if not attached to building walls, or a hod or material hoist used in alteration, construction or demolition operations, or an inclined conveyor used exclusively for carrying property or a dumbwaiter used exclusively for carrying property and having a compartment height not exceeding four feet;

"insured" means any person or organization qualifying as an insured in the "Persons Insured" provision of the applicable insurance coverage. The insurance afforded applies separately to each insured against whom claim is made or suit is brought, except with respect to the limits of the company's liability;

"mobile equipment" means a land vehicle (including any machinery or apparatus attached thereto) whether or not self-propelled, (1) maintained for use exclusively on premises owned by or rented to the named insured, including the ways immediately adjoining, or (2) designed for use primarily off public roads, or (3) designed or maintained for the sole purpose of affording mobility to equipment of the following types forming an integral part of or permanently attached to such vehicle: power cranes, shovels, loaders, diggers and drills; concrete mixers (other than the mix-in-transit type); graders, scrapers, rollers and other road construction or repair equipment; air-compressors, pumps and generators, including spraying, welding and building cleaning equipment; and geophysical exploration and well servicing equipment;

"named insured" means the political subdivision named in Item 1. of the declarations of this policy;

"occurrence" means an event, or a continuous or repeated exposure to conditions, which results in bodily injury or property damage during the policy period that is neither knowingly nor intentionally caused by or at the direction of the insured;

"policy territory" means:

(1) the United States of America, its territories or possessions, or Canada, or

(2) international waters or air space, provided the bodily injury or property damage does not occur in the course of travel or transportation to or from any other country, state or nation, or

(3) anywhere in the world with respect to damages because of bodily injury or property damage arising out of a product which was sold for use or consumption within the territory described in paragraph (1) above, provided the original suit for such damages is brought within such territory;

"products hazard" includes bodily injury or property damage arising out of the use of or the existence of any condition in water sold or distributed by the named insured;

"property damage" means (1) physical injury to or destruction of tangible property which occurs during the policy period, including the loss of use thereof at any time resulting therefrom, or (2) loss of use of tangible property which has not been physically injured or destroyed provided such loss of use is caused by an occurrence during the policy period.

## SUPPLEMENTARY PAYMENTS

The company will pay, in addition to the applicable limit of liability:

(a) all expenses incurred by the company, all costs taxed against the insured in any suit defended by the company and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before the company has paid or tendered or deposited in court that part of the judgment which does not exceed the limit of the company's liability thereon;

(b) premiums on appeal bonds required in any such suit, premiums on bonds to release attachments in any such suit for an amount not in excess of the applicable limit of liability of this policy, and the cost of bail bonds required of the insured because of accident or traffic law violation arising out of the use of any vehicle to which this policy applies, not to exceed $250 per bail bond, but the company shall have no obligation to apply for or furnish any such bonds;

(c) expenses incurred by the insured for first aid to others at the time of an accident, for bodily injury to which this policy applies;

(d) reasonable expenses incurred by the insured at the company's request in assisting the company in the investigation or defense of any claim or suit, including actual loss of earnings not to exceed $25 per day.

## CONDITIONS

1. Premium: The premium stated in the declarations is an estimated premium only for the automobiles and a flat charge for exposures other than automobiles. Upon termination of this policy, the earned premium for automobiles shall be computed in accordance with the company's rules, rates, rating plans, premiums and minimum premiums applicable to this insurance. If the earned premium thus computed exceeds the estimated advance premium paid, the named insured shall pay the excess to the company; if less, the company shall return to the named insured the unearned portion paid by such insured.

2. Inspection and Audit: The company shall be permitted but not obligated to inspect the named insured's property and operations at any time. Neither the company's right to make inspections nor the making thereof nor any report thereon shall constitute an undertaking, on behalf of or for the benefit of the named insured or others, to determine or warrant that such property or operations are safe or healthful, or are in compliance with any law, rule or regulation.

The company may examine and audit the named insured's books and records at any time during the policy period and extensions thereof and within three years after the final termination of this policy, as far as they relate to the subject matter of this insurance.

3. Financial Responsibility Laws: When this policy is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, such insurance as is afforded by this policy for bodily injury liability or for property damage liability shall comply with the provisions of such law to the extent of the coverage and limits of liability required by such law.

4. Insured's Duties in the Event of Occurrence, Claim or Suit:

(a) In the event of an occurrence, written notice containing particulars sufficient to identify the insured and also reasonably obtainable information with respect to the time, place and circumstances thereof, and the names and addresses of the insured and of available witnesses, shall be given by or for the insured to the company or any of its authorized agents as soon as practicable.

(b) If claim is made or suit is brought against the insured, the insured shall immediately forward to the company every demand, notice, summons or other process received by him or his representative.

(c) The insured shall cooperate with the company and, upon the company's request, assist in making settlements, in the conduct of suits and in enforcing any right of contribution or indemnity against any person or organization who may be liable to the insured because of bodily injury or property damage with respect to which insurance is afforded under this policy; and the insured shall attend hearings and trials and assist in securing and giving evidence and obtaining the attendance of witnesses. The insured shall not, except at his own cost, voluntarily make any payment, assume any obligation or incur any expense other than for first aid to others at the time of accident.

5. Action Against Company: No action shall lie against the company unless, as a condition precedent thereto, there shall have been full compliance with all of the terms of this policy, nor until the amount of the insured's obligation to pay shall have been fully determined either by judgment against the insured after actual trial or by written agreement of the insured, the claimant and the company.

Any person or organization or the legal representative thereof who has secured such judgment or written agreement shall thereafter be entitled to recover under this policy to the extent of the insurance afforded by this policy. No person or organization shall have any right under this policy to join the company as a party to any action against the insured to determine the insured's liability, nor shall the company be impleaded by the insured or his legal representative. Bankruptcy or insolvency of the insured or of the insured's estate shall not relieve the company of any of its obligations hereunder.

6. Other Insurance: If the insured has other valid and collectible insurance against a loss covered by this policy, the insurance extended by this policy shall be excess insurance only and not primary or contributing.

7. Subrogation: In the event of any payment under this policy, the company shall be subrogated to all the insured's rights of recovery therefor against any person or organization and the insured shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights. The insured shall do nothing after loss to prejudice such rights.

8. Changes: Notice to any agent or knowledge possessed by any agent or by any other person shall not effect a waiver or a change in any part of this policy or estop the company from asserting any right under the terms of this policy; nor shall the terms of this policy be waived or changed, except by endorsement issued to form a part of this policy.

9. Government Instrumentality: The issuance of this insurance shall not be deemed a waiver of any statutory immunities as to any insured and the company does not waive any right to deny liability by reason of such immunity.

10. Three Year Policy: If this policy is issued for a period of three years, the limits of the company's liability stated in the policy as "aggregate" shall apply separately to each consecutive annual period thereof.

11. Cancellation: This policy may be cancelled by the named insured by surrender thereof to the company or any of its authorized agents or by mailing to the company written notice stating when thereafter the cancellation shall be effective. This policy may be cancelled by the company by mailing to the named insured at the address shown in this policy, written notice stating when not less than sixty days thereafter such cancellation shall be effective. The mailing of notice as aforesaid shall be sufficient proof of notice. The time of surrender or the effective date and hour of cancellation stated in the notice shall become the end of the policy period. Delivery of such written notice either by the named insured or by the company shall be equivalent to mailing.

If the named insured cancels, earned premium shall be computed in accordance with the customary short rate table and procedure. If the company cancels, earned premium shall be computed pro rata. Premium adjustment may be made either at the time cancellation is effected or as soon as practicable after cancellation becomes effective, but payment or tender of unearned premium is not a condition of cancellation.

12. Declarations: By acceptance of this policy, the named insured agrees that the statements in the declarations are his agreements and representations, that this policy is issued in reliance upon the truth of such representations and that this policy embodies all agreements existing between himself and the company or any of its agents relating to this insurance.

In Witness Whereof, the company has caused this policy to be executed and attested, but this policy shall not be valid unless countersigned by a duly authorized representative of the company.

Erma D. Vogt
Secretary

Philip Liesch
President

PS 6631 • 7-7

ASUALTY

ENDORSEMENT #1

This endorsement, effective July 1, 1975 (12:01 A.M., standard time), forms a part of policy No. PE 250001

issued to State of Montana

y National Indemnity Company

SINGLE LIMIT ENDORSEMENT

SCHEDULE

| Coverages: | Limits of Liability: |
|---|---|
| Bodily Injury Liability<br>Property Damage Liability,<br>Personal Injury Liability,<br>Errors or Omissions Liability and<br>Malpractice Liability | $3,000,000 each occurrence<br>$3,000,000 Aggregate |

It is agreed that the provisions of the policy captioned "Limits of Liability" relating to Bodily Injury Liability, Property Damage Liability, Personal Injury Liability, Errors or Omissions Liability and Malpractice Liability are amended to read as follows:

LIMITS OF LIABILITY

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury, property damage, personal injury or other damages to which this policy applies, or (3) claims made or suits brought on account of bodily injury, property damage, personal injury or such other damages, the company's liability is limited as follows:

BODILY INJURY LIABILITY, PROPERTY DAMAGE LIABILITY, PERSONAL INJURY LIABILITY, ERRORS OR OMISSIONS LIABILITY AND MALPRACTICE LIABILITY

(a) The limit of liability stated in the schedule of this endorsement as applicable to "each occurrence" is the total limit of the company's liability for all damages because of bodily injury, property damage, personal injury or other damages to which this policy applies as a result of any one occurrence.

(b) Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of all bodily injury, property damage, personal injury and other damages to which this policy applies which occur during each

All other terms and conditions [illegible]

PS 6631 (7-72)

CASUALTY

# ENDORSEMENT #1 (page 2)

This endorsement, effective (12 01 A. M. standard time), forms a part of policy No

issued to

by

(b) Cont.

annual period while this policy is in force commencing from its effective date shall not exceed the limit of liability stated in the Schedule of this endorsement as "aggregate" as respects the products hazard, person injury liability, errors or omissions, or malpractice liability.

(c) For the purpose of determining the limit of the company's liability, all bodily injury, property damage, personal injury, and other damages to which this policy applies arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

All other terms and conditions of this policy remain unchanged

Authorized Representative

CASUALTY

PS 6431 (7-72)

## ENDORSEMENT #2

This endorsement effective July 1, 1973 (12:01 A.M. standard time), forms a part of policy No PE 250001

issued to State of Montana

by National Indemnity Company

It is agreed that:

(1) Part (b), Section II, Persons Insured, Comprehensive General Liability Insurance, is deleted and the following substituted therefore:

(b) Employees, meaning an officer, employee or servant of the State, including elected or appointed officials, and persons acting on behalf of the State in any official capacity temporarily or permanently in the service of the State whether arising out of the scope of their employement or duties whether arising out of a governmental or proprietary function. The term employee shall not mean a person or other legal entity while acting in the capacity of an independent contractor under contract to the State of Montana.

(2) Part (C), Section I., Coverage E-Personal Injury Liability, Personal Injury Liability Insurance, is deleted and the following substituted therefore:

(C) wrongful entry or eviction, or other invasion of the right of privacy, and false seizure of property.

(3) This policy does not apply to airports owned by the State of Montana and located at:

(a) Yellowstone, West Yellowstone, Montana;
(b) Starr-Browning, Browning, Montana;
(c) Babb, Babb, Montana;
(d) Tiber Dam, Chester, Montana;
(e) Rock Creek, Clinton, Montana;
(f) Dell, Dell, Montana;
(g) Lincoln, Lincoln, Montana;
(h) Ross International, Sweetgrass, Montana;
(i) Canyon Ferry, Townsend, Montana;
(j) Ox Box, Wolf Creek, Montana;
(k) Polebridge, Polebridge, Montana.

(4) Under Comprehensive General Liability Insurance, Section IV, Policy Period; Territory, is eliminated and the following substituted therefore:

IV. POLICY PERIOD; TERRITORY

This insurance applies only to bodily injury or property damage which occurs during the policy period any where in the world.

All other terms and conditions of this policy remain unchanged.

Authorized Representative

ENDORSEMENT #3

This endorsement, effective July 1, 1973 (12:01 A.M., standard time), forms a part of

policy No. PE 250001

issued to State of Montana

by National Indemnity Company

MALPRACTICE LIABILITY

Authorized Representative

SCHEDULE

| | | |
|---|---|---|
| Malpractice Liability | $ See Endorsement #1 | each claim |
| | $ | aggregate |

I. MALPRACTICE LIABILITY

The company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of injury arising out of malpractice as herein defined, committed and discovered during the policy period and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such injury, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

EXCLUSIONS

This insurance does not apply:

(a) to liability of an insured, if an individual, for his personal acts or omissions of a professional nature if such individual is required to have a license in the state in which he is practicing but has failed to secure such license;

(b) to liability of an insured, if an individual, for his personal acts or omissions of a professional nature except while acting in his capacity as an employee of the State of Montana or while outside his capacity as an employee of the State of Montana in rendering (or failing to render) immediate first aid in an emergency situation;

(c) to liability on account of bodily injury to any employee of the insured arising out of and in the course of his employment by the insured, or to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(d) to the ownership, maintenance, operation, use, loading or unloading of any automobile, watercraft or aircraft;

(e) to liability assumed by the insured under any agreement guaranteeing the result of any treatment.

II. PERSONS INSURED

Each of the following is an insured under this insurance to the extent set forth below:

(a) the named insured;

(b) any physician, surgeon, dentist, intern, X-ray or laboratory technician, pharmacist, nurse, nurse's aid, psychiatrist or psychologist.

III. LIMITS OF LIABILITY

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain injury, or (3) claims made or suits brought on account of malpractice, the limit of liability stated in the schedule above as applicable to "each claim" is the limit of the company's liability for all damages on account of each claim or suit to which this insurance applies.

Subject to the above provision respecting "each claim", the limit of liability stated in the declarations as "aggregate" is the total limit of the company's liability ... for all damages.

IV. DEFINITION

When used in reference to this insurance:

"damages" means only those damages which are payable be[illegible] injury [illegible] out of malpractice.

"malpractice" means:

(1) malpractice, error or mistake committed d[illegible] in rendering or failing to render to such person, or to the person inflict[illegible], medical, surgical, dental or nur[illegible] treatment, including the furnishing of food [illegible] in connection [illegible] with, or (b) in furnishing or dispensing drugs or medical [illegible] if the injury oc[illegible] after the named insured [illegible] handling or [illegible] ing autopsies on deceased human bodies, [illegible]

(2) acts or omissions during the policy period [illegible] accredit[illegible] or similar professional board or co[illegible] charged with [illegible] duty of executing directives of any such board [illegible]

PS-5597 (8-73)

CASUALTY

PS 6631 (7-72)

ENDORSEMENT #4

This endorsement, effective July 1, 1973 (12:01 A. M., standard time) , forms a part of policy No PX 250001

issued to State of Montana

by National Indemnity Company

ADDITIONAL INSURED ENDORSEMENT

It is agreed that such insurance as is afforded by this policy for bodily injury and for property damage liability shall also apply to:

Montana Power Company

as an insured but only with respect to liability arising out of the development of a diffusion model to predict the air pollution potential of elevated continuous emission sources at Colstrip, Montana by the Montana State University, Earth Science Department.

This inclusion of this additional interest shall not operate to increase the limits of the company's liability and this insurance does not apply to any occurrence which takes place after said project has been completed.

RECEIVED DEC 22 1973

All other terms and conditions of this policy remain unchanged

CASUALTY

#9

PS 6631 (7-72)

# ENDORSEMENT

This endorsement, effective May 29, 1974 (12.01 A. M., standard time), forms a part of policy No. PE 250001

issued to State of Montana

by National Indemnity Company

It is agreed that the company waives any right of subrogation against the United States of America which might arise by reason of any payment made under this policy.

It is further agreed that in the event of any material change in or cancellation of the policy, thirty (30) days prior written notice will be given the Commanding Officer, Western Division, Naval Facilities Engineering Command, Box 727, San Bruno, California, 94066.

All other terms and conditions of this policy remain unchanged

CASUALTY

ENDORSEMENT #5a (in lieu of #5)

This endorsement, effective May 29, 1974 (12:01 A. M., standard time), forms a part of policy No. PE 230081

issued to State of Montana

by National Indemnity Company

It is agreed that the company waives any right of subrogation against the United States of America which might arise by reason of any payment made under this policy in connection with the use of the Naval and Marine Corps Reserve Center at Billings in connection with hunter safety classes.

It is further agreed that in the event of any material change in or cancellation of the policy, thirty (30) days prior written notice will be given the Commanding Officer, Western Division, Naval Facilities, Engineering Command, Box 727, San Bruno, California, 94066.

All other terms and conditions of this policy remain unchanged.

..............................................
Authorized Representative

CASUALTY

#6

FS 6631 (7-72)

# ENDORSEMENT

This endorsement, effective July 1, 1974 (12.01 A. M., standard time), forms a part of policy No. PE 250001

issued to State of Montana

by National Indemnity Company

The premium for coverages A, B, E, and F for the period from July 1, 1974 to July 1, 1975 is $315,276.

All other terms and conditions of this policy remain unchanged.

CASUALTY

PS 6658 (7-72)

ENDORSEMENT #7

bn This endorsement, effective 7-1-74 (12.01 A. M., standard time), forms a part of policy No. PE 250001

issued to State of Montana

by National Indemnity Company

In consideration of an additional premium of $120,408., it is agreed that Item 4 of the Declarations is amended to included Coverages C and D (Comprehensive Automobile Liability Insurance). The total limit of the Company's Liability with respect to Coverages C and D, singly or combined, shall be $1,000,000.

Rates apply as stated in the Bid Form dated June 27, 1974.

All other terms and conditions of this policy remain unchanged.

SUALTY

PE 6651 (7-72)

## ENDORSEMENT #8

This endorsement, effective July 1, 1974 (12:01 A.M., standard time), forms a part of policy No. PE 250001

ued to State of Montana

National Indemnity Company

In consideration of the premium charged, it is hereby understood and agreed that the automobile Physical Damage coverage part A 4396 (1-73) is attached to and made a part of the policy.

RECEIVED #1 AUG 5 1974

All other terms and conditions of this policy remain unchanged.

Authorized Representative

COVERAGE PART [redacted] AUTOMOBILE PHYSICAL DAMAGE INSURANCE (Fi[redacted]mestic) A 4325 (Ed. 1-73)

For attachment to Policy No. [redacted]00082 to complete said policy

SCHEDULE

PHF Item 1. The insurance afforded is only with respect to such of the following Coverages as are indicated by specific premium charge or charges and, under each such Coverage, applies only to such covered automobiles as are indicated by entry herein of one or more of the designating numerals for that purpose appearing in PHF Item 4. The limit of the company's liability against each such Coverage shall be as stated or designated herein, subject to all the terms of this insurance having reference thereto.

| COVERAGES | COVERED AUTOMOBILES | LIMIT OF LIABILITY - Each covered automobile: IF ACTUAL CASH VALUE (ACV) Enter "ACV" | and DEDUCTIBLE | IF STATED AMOUNT Enter AMOUNT and | DEDUCTIBLE | OTHERWISE Enter "S" meaning "as separately stated in PHF Item 2(c)" | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|---|
| O — COMPREHENSIVE | | | $ / $ | $ / $ | $ / $ | | $ |
| P — COLLISION | | | $ / $ / $ | | | | $ |
| Q — FIRE, LIGHTNING OR TRANSPORTATION | As per schedule on file with Company | | | $ / $ | | | Included |
| R — THEFT | As per schedule on file with Company | | | $ / $ | | | Included |
| S — WINDSTORM, HAIL, EARTHQUAKE OR EXPLOSION | | | | $ / $ | | | $ |
| T — COMBINED ADDITIONAL | | | | $ / $ | | | $ |
| V — TOWING (Not available in California) | | $25 for each disablement | | | | | $ |
| | | | | | | | $ |

Form numbers of endorsements attached at issue

Total Advance Premium $

Maximum Limit of Liability: Any one covered automobile $ ; All covered automobiles $ ; All covered automobiles at any one location $

Records to be submitted: ☐ Monthly ☐ Quarterly ☐ Semi-Annually

PHF Item 2. Covered Automobiles as of Effective Date of this Insurance

(a) Description; Purposes of Use (P & B — Pleasure and Business; C — Commercial)

| Auto | Year Model | Trade Name | Body Type—Capacity (Truck Load, Tonnage, Bus Seating), Identification (I), Serial (S), Motor (M) No.; Equipment (No.), Etc. | Principally Garaged in (Town, State) | Purpose of Use | Classification |
|---|---|---|---|---|---|---|
| 1 | Per schedule | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |

(b) Facts Respecting Purchase

Any loss under Coverages other than Towing is payable as interest may appear to the named insured and the Loss Payee named below:

| Auto | List Price | Actual Cost | Purchased Mo. & Yr.—New (N); Used (U) | Rating Symbol | Loss Payee |
|---|---|---|---|---|---|
| 1 | Per schedule | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |

(c) Limit of Liability (if not stated in PHF Item 1); Net Rates; Advance Premium

| Auto | LIMIT OF LIABILITY—Each covered automobile described in (a) above and covered for Coverages other than Collision: Enter Amount or "ACV" | and Deductible | Collision: Enter ACV | and Deductible |
|---|---|---|---|---|
| 1 | $ | $ | ACV | $ |
| 2 | $ | $ | ACV | $ |
| 3 | $ | $ | ACV | $ |
| 4 | $ | $ | ACV | $ |
| 5 | $ | $ | ACV | $ |
| 6 | $ | $ | ACV | $ |
| 7 | $ | $ | ACV | $ |

| Net Rates | Coverages |
|---|---|
| | O — Comprehensive |
| x x x | P — Collision |
| | Q — Fire, Lightning or Transportation |
| | R — Theft |
| | S — Windstorm, Hail, Earthquake or Explosion |
| | T — Combined Additional |
| x x x | V — Towing |

"ACV — ACTUAL CASH VALUE

ADVANCE PREMIUM

| Auto | Coverage O | Coverage P | Coverage Q | Coverage R | Coverage S | Coverage T | Coverage V |
|---|---|---|---|---|---|---|---|
| 1 | $ | $ | $ | $ | $ | $ | $ |
| 2 | $ | $ | $ | $ | $ | $ | $ |
| 3 | $ | $ | $ | $ | $ | $ | $ |
| 4 | $ | $ | $ | $ | $ | $ | $ |
| 5 | $ | $ | $ | $ | $ | $ | $ |
| 6 | $ | $ | $ | $ | $ | $ | $ |
| 7 | $ RECEIVED R-1 | AUG 6 1974 | $ | $ | $ | $ | $ |
| Totals | $ | | | | | | |

PHF Item 3. Except with respect to bailment lease, conditional sale, purchase agreement, mortgage or other encumbrance, the named insured is the sole owner of every covered automobile designated in PHF Item 1 as covered under this insurance, unless otherwise stated herein:

PHF Item 4. Explanation of entries in PHF Item 1 for designating the covered automobiles to which this insurance applies, under each Coverage afforded:

1 = all covered automobiles
2 = all registered covered automobiles
3 = all covered automobiles of the private passenger type
4 = all covered automobiles of the commercial type
5 = the covered automobiles described in PHF Item 2 (including newly acquired vehicles subject to the provisions of paragraph 3b) of the "covered automobile" definition)
6 = excluding vehicles leased to the named insured

When so entered in addition to numerals 1, 2, 3 or 4:

7 = excluding, under Collision Coverage, any vehicle not having an actual cash value of at least $________ Amount

... [illegible] automobiles, under

**COVERAGE O COMPREHENSIVE** — [illegible] cause except collision; but for the purpose of this coverage, breakage of glass and loss caused by missiles, falling objects, fire, theft or larceny, windstorm, hail, earthquake, explosion, riot or civil commotion, malicious mischief or vandalism, water, flood or (as to a covered automobile of the private passenger type) colliding with a bird or animal, shall not be deemed loss caused by collision.

**COVERAGE P. COLLISION** — caused by collision

**COVERAGE Q. FIRE, LIGHTNING OR TRANSPORTATION** — caused by

(a) fire or lightning,

(b) smoke or smudge due to a sudden, unusual and faulty operation of any fixed heating equipment serving the premises in which the covered automobile is located, or

(c) the stranding, sinking, burning, collision or derailment of any conveyance in or upon which the covered automobile is being transported;

**COVERAGE R. THEFT** — caused by theft or larceny

**COVERAGE S. WINDSTORM, HAIL, EARTHQUAKE OR EXPLOSION** — caused by windstorm, hail, earthquake or explosion.

**COVERAGE T. COMBINED ADDITIONAL** — caused by

(a) windstorm, hail, earthquake or explosion,

(b) riot or civil commotion,

(c) the forced landing or falling of any aircraft or its parts or equipment,

(d) malicious mischief or vandalism,

(e) flood or rising waters, or

(f) external discharge or leakage of water,

provided that, with respect to each covered automobile,

(i) under the Comprehensive coverage (except as to loss from any of the causes described in the Fire, Lightning or Transportation coverage) and under the Collision coverage, such payment shall be only for the amount of each loss in excess of the deductible amount, if any, stated in the schedule as applicable thereto,

(ii) under the Combined Additional coverage, $25 shall be deducted from the amount of each loss caused by malicious mischief or vandalism.

2. The company will pay under

**COVERAGE V. TOWING** — for towing and labor costs necessitated by the disablement of covered automobiles, provided the labor is performed at the place of disablement.

3. **SUPPLEMENTARY PAYMENTS**

In addition to the applicable limits of liability, the company will

(a) with respect to such transportation insurance as is afforded herein, pay general average and salvage charges for which the named insured becomes legally liable;

(b) reimburse the named insured, in the event of a theft covered by this insurance of an entire covered automobile of the private passenger type (not used as a public or livery conveyance and not at time of theft, being held for sale by an automobile dealer), for expense incurred for the rental of a substitute for such covered automobile during the period commencing 48 hours after such theft has been reported to the company and the police and terminating, regardless of expiration of the policy period, when such covered automobile is returned to use or the company pays for the loss, but as to any one such theft such reimbursement shall not exceed $10 for any one day nor $300 total.

4. Such insurance as is afforded under each coverage applies separately to each covered automobile, and a land motor vehicle and one or more trailers or semitrailers attached thereto shall be held to be separate covered automobiles as respects limits of liability and any deductible provisions applicable thereto.

**Exclusions**

This insurance does not apply

(a) to any covered automobile while used as a public or livery conveyance, unless such use is specifically declared and described in the schedule;

(b) to damage which is due and confined to

(i) wear and tear, or

(ii) freezing, or

(iii) mechanical or electrical breakdown or failure,

unless such damage is the result of other loss covered by this insurance;

(c) to tires, unless

(i) loss be coincident with and from the same cause as other loss covered by this insurance, or

(ii) damaged by fire, and (if a covered automobile of the private passenger type), by malicious mischief or vandalism, or stolen and, as to the covered automobile, loss caused by such damage or theft is covered by this insurance;

(d) to loss due to

(i) war, whether or not declared, civil war, insurrection, rebellion or revolution, or to any act or condition incident to any of the foregoing

(ii) radioactive contamination

(e) to loss to

(i) any device or instrument designed for the recording, reproduction, or recording and reproduction of sound unless such device or instrument is permanently installed in the covered automobile;

(ii) any tape, wire, record disc or other medium for use with any device or instrument designed for the recording, reproduction, or recording and reproduction of sound.

(f) to loss to a camper body designed for use with a covered automobile and not designated in the schedule and premium charged therefor if such camper body was owned at the inception of the policy period or the inception of any renewal or extension period thereof;

(g) under the Comprehensive and Theft coverages, to loss or damage due to conversion, embezzlement or secretion by any person in possession of a covered automobile under a bailment lease, conditional sale, purchase agreement, mortgage or other encumbrance;

(h) under the Collision coverage, to breakage of glass if insurance with respect to such breakage is otherwise afforded herein;

(i) under the Windstorm, Hail, Earthquake or Explosion and Combined Additional coverages, to loss [illegible] from rain, snow or sleet, whether or not wind driven.

II. **LIMIT OF LIABILITY**

1. The limit of the company's liability for loss to any one covered automobile shall not exceed the least of the following amounts:

(a) the actual cash value of such covered automobile, or if the loss is to a part thereof the actual cash value of such part, at time of loss, or

(b) what it would then cost to repair or replace such covered automobile or part thereof with other of like kind and quality, with deduction for depreciation, or

(c) the limit of liability stated in the schedule as applicable to each covered automobile, while the coverage afforded for the loss to such covered automobile provided that if such limit of liability is expressed as a stated amount it shall, with respect to a covered automobile [illegible] during the policy period and not described in the schedule, be [illegible] as having been replaced by "actual cash value"

and subject to the above provisions, shall not in any event exceed the amount, if any, stated in the schedule as the "maximum limit of liability" applicable to "any one covered automobile".

2. The total limit of the company's liability for all loss directly attributable to a single happening but [illegible] loss [illegible] shall not exceed

(a) as to all covered automobiles at any one location, the amount, if any, stated in the schedule as the "maximum limit of liability" [illegible] thereto, subject to the above provisions [illegible] any one covered automobile,

(b) as to all covered automobiles, the amount, if any, stated in the schedule as the "maximum limit of liability" [illegible] applicable thereto, subject to the above provisions respecting (i) any one covered automobile and (ii) any one location

III. **POLICY PERIOD; TERRITORY [illegible] PURPOSES OF USE**

This insurance applies only to [illegible] which occurs during the policy period, while the covered automobile is within the [illegible] States of America, its territories or possessions, or Canada, or is being transported between ports thereof and, if a covered automobile described in the schedule, is maintained and used for the purposes stated therein as applicable thereto.

IV. **ADDITIONAL DEFINITIONS**

When used in reference to this insurance (including endorsements forming a part of the policy):

"camper body" means a body designed to be mounted upon a covered automobile and equipped as sleeping or living quarters;

"collision" means (i) collision of a covered automobile with another object or with a vehicle to which it is attached, or (ii) upset of such covered automobile;

"commercial type" means

(i) a land motor vehicle of the truck, pick-up, express, sedan or panel delivery type, including truck type tractors, trailers and semitrailers, used for the transportation or delivery of goods or merchandise or for other business purposes, or

(ii) an altered private passenger type vehicle used for retail or wholesale delivery;

"covered automobile" means a land motor vehicle, trailer or semitrailer, including its equipment and other equipment permanently attached thereto (but not including robes, wearing apparel or personal effects) which is either

(a) designated in the schedule, by description or otherwise, as a covered automobile to which this insurance applies and is,

(i) owned by the named insured, or

(ii) leased to the named insured for a term of not less than one year under an agreement expressly prohibiting any right of the lessor or owner to use such vehicle during the term of such lease except either as an operator employed by the named insured or for its repair or exchange, or

(b) if not so designated, such vehicle is newly acquired by the named insured during the policy period provided, however, that

(i) it replaces a described covered automobile, or as of the date of its delivery this insurance applies to all covered automobiles, and

(ii) the named insured notifies the company within 30 days following such delivery date,

but "covered automobile" does not include a vehicle owned by or registered in the name of any individual partner or executive officer of the named insured, unless specifically stated otherwise by endorsement forming a part of the policy;

"loss" means direct and accidental loss or damage;

"private passenger type" means a 4-wheel land motor vehicle of the private passenger or station wagon type;

as to "purposes of use":

"commercial" means use principally in the business occupation of the named insured as stated in the declarations, including occasional use for personal, pleasure, family and other business purposes.

"pleasure and business" means personal, pleasure, family and business use.

V. **CONDITIONS**

None of the Conditions of the policy shall apply to this insurance except "Premium", "Inspection and Audit", "Subrogation", "Changes", "Assignment", "Cancellation", and "Declarations". This insurance shall also be subject to the following additional Conditions:

1. **Named Insured's Duties in Event of Loss**

In the event of loss the named insured shall

(a) protect the covered automobile, whether or not this insurance applies to the loss, and any further loss or damage due to the named insured's failure to protect shall not be recoverable under this insurance; reasonable expenses incurred in affording such protection shall be deemed incurred at the company's request;

(b) give notice thereof as soon as practicable to the company or any of its authorized agents and also, in the event of theft or larceny, to the police;

(c) file with the company, within 91 days after loss, his sworn proof of loss in such form and including such information as the company may reasonably require and, upon the company's request, shall exhibit the damaged property and submit to examination under oath;

(d) cooperate with the company and, upon the company's request, shall assist in making settlements, in the conduct of suits and in enforcing any right of contribution or indemnity against any person or organization who may be liable to the named insured because of loss with respect to which this insurance applies; and shall attend hearings and trials and assist in securing and giving evidence and obtaining the attendance of witnesses,

but the named insured shall not, except at his own cost, voluntarily make any payment, assume any obligation, offer or pay any reward for recovery of stolen property or incur any expense other than as specifically provided in this insurance.

2. **Payment for Loss**

With respect to any loss covered by this insurance, the company may pay for said loss in money or may

(a) repair or replace the damaged or stolen property, or

(b) return at its expense any stolen property to the named insured, with payment for any resultant damage thereto, at any time before the loss is so paid or the property is so replaced, or

(c) take all or any part of the damaged or stolen property at the agreed or appraised value,

but there shall be no abandonment to the company.

3. **Appraisal**

If the named insured and the company fail to agree as to the amount of loss, either may, within 60 days after proof of loss is filed, demand an appraisal of the loss. In such event the named insured and the company shall each select a competent appraiser, and the appraisers shall select a competent and disinterested umpire. The appraisers shall state separately the actual cash value and the amount of loss and failing to agree shall submit their differences to the umpire. An award in writing of any two shall determine the amount of loss. The named insured and the company shall each pay its chosen appraiser and shall bear equally the other expenses of the appraisal and umpire.

The company shall not be held to have waived any of its rights by any act relating to appraisal.

4. **Action Against Company**

No action shall lie against the company unless, as a condition precedent thereto, there shall have been full compliance with all the terms of this insurance nor until 30 days after proof of loss is filed and the amount of loss is determined as provided in this insurance.

5. **Other Insurance**

If the named insured has other insurance against a loss covered by this insurance the company shall not be liable under this insurance for a greater proportion of such loss than the applicable limit of liability stated in the schedule bears to the total applicable limit of liability of all valid and collectible insurance against such loss; provided, however, with respect to any covered automobile newly acquired during the policy period and not described in the schedule, this insurance shall not apply to any loss against which the named insured has other valid and collectible insurance.

6. **No Benefit to Bailee**

None of the provisions of this insurance shall inure directly or indirectly to the benefit of any carrier or other bailee for hire.

7. **Terms of Insurance Conformed to Statute**

Terms of this insurance which are in conflict with the statutes of the state wherein this insurance is issued are hereby amended to conform to such statutes.



STATE OF MONTANA

LIST OF AUTOMOTIVE, TRUCK AND OTHER ROAD EQUIPMENT

FOR

MISCELLANEOUS DEPARTMENTS

AS OF MAY 15, 1974

HIGHWAY DEPARTMENT, HIGHWAY PATROL AND MOTOR POOL EQUIPMENT NOT INCLUDED

DEPARTMENT OF ADMINISTRATION

HELENA, MONTANA

61,550

MONTANA STATE UNIVERSITY

| CODE NO. | MAKE | MODEL | YEAR | MOTOR OR SERIAL NO. | COST |
|---|---|---|---|---|---|
| 2-A-18 | Dodge | 3/4 T. Truck | 1941 | T214 244 166 | 1,300.00 |
| 2-A-37 | Ford | 1/2 T. Truck | 1951 | R1KC 146 16 | 1,658.00 |
| 2-A-52 | Chevrolet | 2 T. Truck | 1953 | LEA 875 557 | 3,362.00 |
| 2-A-64 | International | 1½ T. Truck | 1948 | BD240L 624 641 | 1,200.00 |
| 2-A-67 | Ford | 3/4 T. Truck | 1956 | F25 D6R 143 79 | 1,189.47 |
| 2-A-70 | Chevrolet | 2 T. Dump Truck | 1948 | SEA 755 104 | 450.00 |
| 2-A-78 | Ford | 3/4 T. Pickup | 1956 | F25V6R 523 71 | 1,590.33 |
| 2-A-82 | Chevrolet | 1/2 T. Pickup | 1950 | HBA 1131 623 | 500.00 |
| 2-A-85 | G.M.C. | 2½ T. Truck | 1943 | 270 246 927 | 300.00 |
| 2-A-87 | Chevrolet | 1½ T. Truck | 1944 | BV 410 121 | 350.00 |
| 2-A-89 | Ford | 2½ T. Truck | 1958 | F60L 8P12019 | 2,599.64 |
| 2-A-97 | Chevrolet | 1/2 T. Pickup | 1949 | 5GPI 23 373 | 400.00 |
| 2-A-99 | Ford | 1½ T. Truck | 1959 | F50J 9R11 488 | 2,336.47 |
| 2-A-102 | Ford | 1/2 T. Pickup | 1948 | 133 297 | 150.00 |
| 2-A-110 | Ford | 1½ T. Truck | 1960 | F70D0U 198 45 | 1,198.72 |
| 2-A-111 | Chevrolet | 1/2 T. Pickup | 1950 | HBA 1059 971 | 500.00 |
| 2-A-113 | Chevrolet | 1/2 T. Pickup | 1950 | HBA 1079 879 | 500.00 |
| 2-A-115 | Willys | 1/4 T. Truck | 1951 | 64 1087 LW13A | 500.00 |
| 2-A-123 | International | 1½ T. Truck | 1951 | SD 24 026 072 | 1,000.00 |
| 2-A-157 | G.M.C. | 1½ T. Truck | 1942 | 45 12 326 | 5,000.00 |
| 2-A-158 | Chevrolet | 1½ T. Truck | 1951 | 5 UKE 2214 | 500.00 |
| 2-A-159 | Chevrolet | 1½ T. Truck | 1951 | 5 UKE 2216 | 500.00 |
| 2-A-160 | Chevrolet | 1½ T. Truck | 1951 | 5 UKE 2218 | 500.00 |
| 2-A-162 | Chevrolet | 1/2 T. Pickup | 1955 | H255J 020 924 | 500.00 |
| 2-A-163 | Chevrolet | 1/2 T. Pickup | 1957 | 3A57J 109 769 | 750.00 |
| 2-A-164 | Chevrolet | 3/4 T. Pickup | 1957 | 3E57J 116 818 | 750.00 |
| 2-A-165 | Chevrolet | 1/2 T. Pickup | 1959 | 3A59J 100 727 | 1,000.00 |
| 2-A-183 | Chevrolet | 1/2 T. Truck | 1959 | 3A59J 100 763 | 800.00 |
| 2-A-185 | International | 1/2 T. Delivery Truck | 1957 | 434 799 8868 | 1,000.00 |
| 2-A-191 | Chevrolet | 1/2 T. Pickup | 1957 | 3A570 109 831 | 500.00 |
| 2-A-203 | Chevrolet | 1/2 T. Pickup | 1957 | 3A570 121 545 | 750.00 |
| 2-A-204 | Chevrolet | 1/2 T. Pickup | 1956 | 3A56J 019 324 | 600.00 |
| 2-A-206 | Chevrolet | 1/2 T. Pickup | 1956 | 3A560 016 982 | 600.00 |
| 2-A-208 | Chevrolet | 1½ T. Cargo Truck | 1959 | 3A59J 119 042 | 800.00 |
| 2-A-209 | International | ½ T. Delivery Truck | 1959 | 13 525 B | 800.00 |
| 2-A-218 | International | Panel Truck | 1957 | 434 521 | 500.00 |
| 2-A-219 | Dodge | Panel Truck | 1965 | 1 962 029 126 | 2,099.57 |
| 2-A-224 | International | Delivery Truck | 1957 | 434 605 | 1,000.00 |
| 2-A-226 | Ford | 1/2 T. Truck | 1962 | F10JK 240 250 | 700.00 |
| 2-A-227 | Ford | 1/2 T. Truck | 1960 | F10J0R 272 | 600.00 |
| 2-A-228 | Ford | 1/2 T. Truck | 1960 | D 19 679 | 600.00 |
| 2-A-235 | Ford | 1/2 T. Truck | 1959 | F10C9R 46 242 | 500.00 |
| 2-A-236 | Ford | 1/2 T. Truck | 1951 | FR10JR 170 367 | 600.00 |
| 2-A-239 | Dodge | 1/2 T. Pickup | 1966 | 1181 605 651 | 1,811.55 |
| 2-A-240 | Dodge | 1/2 T. Pickup | 1966 | 1181 605 509 | 1,811.55 |
| 2-A-244 | International | Mulitstop Del. | 1960 | M21 842 | 800.00 |

2

90,722

MONTANA STATE UNIVERSITY
(continued)

| CODE NO. | MAKE | MODEL | YEAR | MOTOR OR SERIAL NO. | COST |
|---|---|---|---|---|---|
| 2-A-245 | Ford | 1/2 T. Pickup | 1960 | F10JOP 18 484 | 750.00 |
| 2-A-246 | Ford | 1/2 T. Pickup | 1960 | F10YK 858 360 | 1,851.73 |
| 2-A-248 | G.M.C. | 66 Pass. Bus | 1955 | A302 127 991 | 3,850.00 |
| 2-A-250 | International | Del. Truck | 1959 | 13 453 8 | 500.00 |
| 2-A-251 | Ford | 1/2 T. Truck | 1963 | E10SH 419 918 | 750.00 |
| 2-A-252 | International | Panel Truck | 1957 | 434 472 | 800.00 |
| 2-A-253 | Ford | 1½ T. Truck | 1960 | F50 JOP | 1,000.00 |
| 2-A-259 | Ford | 4 Dr. Sedan | 1967 | 7P51C 136 169 | 1,919.43 |
| 2-A-263 | Ford | 4 Dr. Sedan | 1967 | 7P51C 136 173 | 1,919.48 |
| 2-A-267 | Ford | 4 Dr. Sedan | 1967 | 7P51C 136 177 | 1,919.48 |
| 2-A-269 | International | Panel Truck | 1960 | M211 388 | 800.00 |
| 2-A-274 | Chevrolet | 1/2 T. Pickup | 1967 | CE 147J 124 141 | 1,720.00 |
| 2-A-276 | International | Panel Truck | 1960 | M21 0588 | 800.00 |
| 2-A-277 | International | Panel Truck | 1960 | M21 152B | 800.00 |
| 2-A-287 | G.M.C. | 44 Pass. Bus | 1952 | A30 218 059 | 4,700.00 |
| 2-A-288 | International | 1 T. Van Truck | 1960 | BD 220 690 001 | 2,800.00 |
| 2-A-289 | International | Travel All | 1968 | 213 107H 797 316 | 2,977.38 |
| 2-A-290 | International | Travel All | 1968 | 213 107H 797 362 | 2,977.38 |
| 2-A-294 | Dodge | 3/4 T. Pickup | 1968 | 1 281 828 369 | 2,059.66 |
| 2-A-299 | Dodge | 1/2 T. Pickup | 1968 | 1181 827 724 | 2,366.15 |
| 2-A-307 | Willys | 1/4 T. Truck | 1952 | 61 963 | 750.00 |
| 2-A-317 | Dodge | 1/2 T. Pickup | 1959 | M8DIL 17 534 | 800.00 |
| 2-A-326 | Dodge | 3/4 T. Pickup | 1969 | 228 191 3506 | 3,399.70 |
| 2-A-327 | Checker | Station Wagon | 1969 | 4154 9139 | 6,053.36 |
| 2-A-330 | Dodge | 1½ T. Truck | 1969 | 1461 917 205 | 4,619.50 |
| 2-A-331 | Ford | 1½ T. Truck | 1961 | F60 DGI 9000 | 1,195.00 |
| 2-A-335 | Ford | 1 T. Truck | 1963 | F35CR 400 000 | 2,500.00 |
| 2-A-337 | Chevrolet | 1/2 T. Pickup | 1969 | CE149Z 890 421 | 1,960.43 |
| 2-A-362 | Chevrolet | Carryall | 1970 | CE160Z 146 711 | 2,988.44 |
| 2-A-363 | Ford | 1/2 T. Pickup | 1960 | C1F10JD3 23 319 | 600.00 |
| 2-A-365 | Chevrolet | Station Wagon | 1970 | 154 360C 195 981 | 3,004.78 |
| 2-A-366 | G.M.C. | 66 Pass. Bus | 1958 | SFM 466 BSI 877G | 1,300.00 |
| 2-A-368 | Ford | 1½ T. Truck | 1947 | 799T 142 1360 | 2,000.00 |
| 2-A-378 | International | Garbage Truck | 1972 | 106720H 293 134 | 9,769.00 |
| 2-A-379 | Plymouth | 4 Dr. Sedan | 1973 | PK41 K3D230349 | 3,135.00 |
| 2-a-381 | Ford | 1/2 T. Pickup | 1966 | F1DAPB54250 | 600.00 |
| 2-A-382 | G.M.C. | 1/2 T. Pickup | 1968 | CM10D 2B 12900 | 1,200.00 |
| 2-A-384 | Chevrolet | Del. Van | 1974 | CGV 154U 139 198 | 3,408.29 |
| 2-A-387 | Ford | 1/2 T. Pickup | 1974 | F25HRT 80790 | 4,000.00 |

86002

| CODE NO. | MAKE | MODEL | YEAR | MOTOR OR SERIAL NO. | COST |
|---|---|---|---|---|---|

## MONTANA STATE UNIVERSITY

MISCELLANEOUS EQUIPMENT

| | | | | | |
|---|---|---|---|---|---|
| 2-A-124 | International | Tractor Cub Lo Boy | 1961 | 13024 | 2,160.00 |
| 2-A-126 | Motor Patrol | Model W. | | 1-E-1645 | 2,000.00 |
| 2-A-128 | Galion Chief | Roller | 1945 | R 27 301 | 3,000.00 |
| 2-A-129 | A.C. | Mower & Loader | 1948 | CE 8 2469 | 400.00 |
| 2-A-130 | Caterpillar | Motor Grader | | 2MI 484 SP | 4,500.00 |
| 2-A-131 | Mo-Tow Lift | Fork Lift | | 6114 | 400.00 |
| 2-A-132 | 2 Wheel Trailer | ½ T. Utility w/Comp | | SNTR 13007 Mont. | 2,000.00 |
| 2-A-133 | LOBoy | 13 T. Trailer 4 whl | | 083 7737 | 1,500.00 |
| 2-A-135 | Utility Trailer | 2 Wheel | | 2202 | 150.00 |
| 2-A-136 | Allis-Chalmers | HD 7 Tractor w/Dozer | | HD7 9351 | 3,500.00 |
| 2-A-139 | International | Tractor & Loader | | 340 | 7,639.77 |
| 2-A-140 | Massey-Ferguson | Tractor | | MF 35 679 122 | 2,783.50 |
| 2-A-141 | Massey-Ferguson | Tractor & Loader | | MF 204 WB | 4,561.76 |
| 2-A-143 | Trailer | 2 Wheel w/ Generator & Saw | | 272 | 1,500.00 |
| 2-A-145 | Trailer | 2 wheel w/Mounted Heetmaster | | | 450.00 |
| 2-A-146 | Trailer | 2 wheel w/Mounted Cement Mixer | | | 250.00 |
| 2-A-156 | Homemade | 2 T. Trailer | 1962 | SNTR 55 949 | 1,000.00 |
| 2-A-187 | Elgin Street King | Motor Sweeper | | 1800 | 3,500.00 |
| 2-A-201 | National Guard | 4 Wheel Trailer | | 386 691 | 500.00 |
| 2-A-221 | Snow Go. | Boat Trailer | 1964 | 002 270 | 125.00 |
| 2-A-241 | Snow Co. | Boat Trailer | 1966 | 1906W 134 | 495.00 |
| 2-A-242 | International | Cub Lo-Boy | 1963 | 15006 | 2,200.00 |
| 2-A-257 | Airforce | 2 wheel Trailer | | 0055 488 | 400.00 |
| 2-A-279 | Homemade | Boat Trailer | 1967 | M2373 | 400.00 |
| 2-A-280 | Toro | Tractor Mower | 1967 | 701 48 | 6,294.00 |
| 2-A-282 | Essick | Roller | 1965 | VR-28-W | 1,900.00 |
| 2-A-283 | Chrysler | Boat Trailer | 1967 | 508 000 59 | 587.30 |
| 2-A-303 | Snow Co. | Trailer | 1967 | 000 366 | 175.00 |
| 2-A-313 | Nashua | Mobile Home | 1957 | KB3 022 | 995.00 |
| 2-A-319 | Caterpillar | Motor Patrol | 1940 | 9K 5034 | 7,200.00 |
| 2-A-329 | Sears | Utility Trailer | 1968 | TY 8 4T6 164 | 95.24 |
| 2-A-333 | Honda | Motorcycle | 1967 | CT90 143 622 | 160.00 |
| 2-A-338 | Homemade | Utility Trailer | 1969 | 76 621 | 1,000.00 |
| 2-A-339 | Mid West | Snowmobile Trailer | 1969 | 251 69 STF | 333.00 |
| 2-A-356 | Clark | Fork Lift | 1951 | 252 CO | 5,000.00 |
| 2-A-357 | Mott | Mower | 1970 | 869 | 686.20 |
| 2-A-358 | Ditch Witch | Trencher | 1970 | 18564 | 1,575.00 |
| 2-A-367 | Western | Trailer | 1968 | 40058 | [illegible] |
| 2-A-369 | Massey-Ferguson | Tractor | 1970 | 9A8 5506 | 3,954.00 |
| 2-A-370 | Kit | Trailer House | 1953 | 2220 | [illegible] |
| 2-A-377 | Hustler Hydro-Static | Mower | 1972 | XL 272 | 3,450.00 |
| 2-A-380 | E-Z Loader | Boat Trailer | 1972 | | 275.00 |
| 2-A-383 | Cushman | Truckster | 1964 | 172 279 | 600.00 |
| 2-A-385 | Honda | Motorcycle | 1967 | CT90 183 496 | 265.00 |
| 2-A-386 | Honda | Motorcycle | 1966 | CT200E | 250.00 |
| 2-A-388 | ATCO | Goose Neck Trailer | 1974 | FDG 30 310 | 4,300.00 |

1976

4

32,609

| CODE NO. | MAKE | MODEL | YEAR | MOTOR NO. SERIAL NO. | COST |
|---|---|---|---|---|---|
| | | **ADJUTANT GENERAL** | | | |
| 3-A-20 | Cadillac | Limousine | 1950 | 507 559 779 | 750.00 |
| | | **AERONAUTICS DIVISION** | | | |
| 4-A-13 | Chevrolet | 3/4 T. Truck | 1964 | 4C259H 137 041 | 2,327.11 |
| 4-A-25 | Reo-Studebaker | Fire Truck | 1952 | M 1155 | 3,000.00 |
| MISCELLANEOUS EQUIPMENT | | | | | |
| 4-A-22 | International | Tractor/Loader | 1968 | C153 361 93 | 4,563.23 |
| | | **ATTORNEY GENERAL** | | | |
| 6-A-5 | Oldsmobile | 4 Dr. Sedan | 1971 | 384 391M 489 128 | 4,655.00 |
| 6-A-6 | Chevrolet | 4 Dr. Sedan | 1971 | 156 691C 184 538 | 3,857.14 |
| 6-A-8 | Oldsmobile | 4 Dr. Sedan | 1973 | 3V39T 3M 246 309 | 4,853.55 |
| 6-A-9 | Ford | 4 Dr. H/T Sedan | 1973 | F3P53C 172 057F | 4,002.32 |
| 6-A-10 | Ford | 4Dr. H/T Sedan | 1973 | F3P53C 172 056F | 4,002.32 |
| | | **SCHOOL FOR THE DEAF AND BLIND** | | | |
| MISCELLANEOUS EQUIPMENT | | | | | |
| 1-B-22 | International | Cub LoBoy | 1969 | 12028 | 600.00 |

68,842

| CODE NO. | MAKE | MODEL | YEAR | MOTOR NO. SERIAL NO. | COST |
|---|---|---|---|---|---|
| | | AGRICULTURAL EXPERIMENT STATION | | | |
| 4-E-62 | Chevrolet | 1½ T. Truck | 1942 | SN 2605 | 750.00 |
| 4-E-71 | Ford | 2 T. Truck | 1950 | 265 749 | 2,482.18 |
| 4-E-73 | Chevrolet | ½ T. Truck | 1950 | HBA 590 715 | 1,298.00 |
| 4-E-80 | Ford | 1 T. Truck | 1951 | B1KC 127 70 | 2,718.21 |
| 4-E-100 | Ford | ½ T. Pickup | 1955 | F10D5R 214 94 | 1,139.62 |
| 4-E-105 | Ford | 3/4 T. Truck | 1956 | F25D6P 13074 | 1,509.53 |
| 4-E-106 | Chevrolet | 1½ T. Truck | 1942 | BV 514 092 | 1,000.00 |
| 4-E-107 | Chevrolet | 1½ T. Truck | 1942 | BV 673 442 | 1,000.00 |
| 4-E-109 | Chevrolet | 1½ T. Truck | 1945 | BV 488 880 | 1,000.00 |
| 4-E-110 | Chevrolet | 1½ T. Truck | 1944 | BV 655 380 | 1,000.00 |
| 4-E-112 | Chevrolet | 3/4 T. Pickup | 1956 | 051 3192 F56MA | 1,497.00 |
| 4-E-119 | Ford | 3/4 T. Pickup | 1951 | F3R1SP 185 32 | 1,000.00 |
| 4-E-120 | Ford | ½ T. Delivery Truck | 1948 | 205 0967 | 500.00 |
| 4-E-126 | Chevrolet | Station Wagon | 1957 | BV57J 151 599 | 2,185.00 |
| 4-E-129 | Chevrolet | 3/4 T. Pickup | 1951 | AJCA 331 867 | 750.00 |
| 4-E-131 | Chevrolet | 3/4 T. Pickup | 1957 | 3E57J 116 504 | 1,509.00 |
| 4-E-168 | Chevrolet | ½ T. Pickup | 1959 | 3B59J 121 238 | 1,758.89 |
| 4-E-177 | Ford | 1½ T. Truck | 1951 | F6R1KC 20546 | 500.00 |
| 4-E-183 | Ford | 1½ T. Truck | 1961 | C60 CU 121 399 | 3,251.99 |
| 4-E-212 | Dodge | 3/4 T. Truck | 1951 | T 214 127 526 | 500.00 |
| 4-E-215 | Dodge | 1 T. Truck | 1962 | 1 381 225 598 | 2,234.10 |
| 4-E-221 | Chevrolet | ½ T. Truck | 1951 | 5JPG 24 767 | 200.00 |
| 4-E-235 | International | 3/4 T. Pickup | 1964 | SB 438 2718 | 2,666.95 |
| 4-E-236 | Chevrolet | ½ T. Truck | 1959 | 3A59J 119912 | 1,000.00 |
| 4-E-237 | Dodge | ½ T. Pickup | 1964 | 118 141 0236 | 1,866.50 |
| 4-E-242 | Ford | ½ T. Pickup | 1965 | F25BK 698 950 | 1,889.42 |
| 4-E-245 | Ford | ½ T. Truck | 1959 | F10C9R 377 42 | 750.00 |
| 4-E-248 | Ford | ½ T. Truck | 1960 | F10J0P 178 52 | 750.00 |
| 4-E-261 | Willys | ½ T. Pickup | 1942 | SPV 105 758 | 500.00 |
| 4-E-286 | Dodge | Town Wagon | 1964 | 1181 367 479 | 2,388.00 |
| 4-E-293 | Dodge | ½ T. Pickup | 1969 | 118 711 9501 | 1,790.55 |
| 4-E-295 | Dodge | ½ T. Pickup | 1969 | 118 711 8348 | 2,190.55 |
| 4-E-308 | Ford | ½ T. Pickup | 1970 | F26YK H37 899 | 2,762.71 |
| 4-E-310 | Ford | Club Wagon | 1970 | E31AH H 37 123 | 2,920.80 |
| 4-E-311 | Ford | Club Wagon | 1970 | E21AH H37 124 | 2,920.80 |
| 4-E-312 | Dodge | ½ T. Pickup | 1953 | S800 239 92 | 600.00 |
| 4-E-322 | International | Travel All | 1971 | 143 107 H08 7145 | 3,252.00 |
| 4-E-332 | International | 2 T. Truck | 1974 | 10682 CHA 42 410 | 6,551.24 |
| 4-E-333 | Dodge | 3/4 T. 4 x 4 Pickup | 1974 | W21 BF4S 109 912 | 4,269.97 |

8201

| CODE NO. | MAKE | MODEL | YEAR | MOTOR OR SERIAL NO. | COST |
|---|---|---|---|---|---|

## AGRICULTURAL EXPERIMENT STATION

### MISCELLANEOUS EQUIPMENT

| | | | | | |
|---|---|---|---|---|---|
| 4-E-186 | Homemade Trailer | 1 T. Utility | 1953 | 2 wheel | |
| 4-E-187 | Homemade Trailer | 1 T. Flatbed | 1953 | 2 Wheel | |
| 4-E-188 | Homemade Trailer | ½ T. Stock | 1952 | 2 Wheel | |
| 4-E-189 | Int'l Trailer | ½ T. Utility | 1956 | 2 Wheel | |
| 4-E-191 | Int'l Trailer | ½ T. Utility | 1955 | 2 Wheel | |
| 4-E-195 | Homemade Trailer | 1 T. Stock | 1940 | 2 Wheel | |
| 4-E-196 | Homemade Trailer | 1 T. Stock | 1938 | 2 Wheel | |
| 4-E-198 | Homemade | ½ T. Utility | 1937 | 2 Wheel | |
| 4-E-199 | Homemade | 1½ T. Flatbed | 1938 | 4 Wheel | |
| 4-E-200 | Homemade | 1½ T. Flatbed | 1942 | 4 Wheel | |
| 4-E-204 | U.S. Army Cargo | ¼ T. Trailer | 1942 | 14437 | |
| 4-E-207 | Homemade | 1 T. Implement TR. | 1957 | 2 Wheel | |
| 4-E-213 | Homemade | 1 T. Implement TR. | 1959 | | |
| 4-E-214 | Homemade | ½ T. Trailer | 1959 | 2 Wheel | |
| 4-E-266 | Homemade | 5 T. LoBoy Trailer | 19 | | 500.00 |
| 4-E-270 | Bell | Utility Trailer | 1951 | 212 045 | 1,500.00 |
| 4-E-274 | Homemade | Tandem Axle Trailer | | | 1,000.00 |
| 4-E-283 | Ward | LoLoad Trailer | 1964 | | 500.00 |
| 4-E-290 | Homemade | 2 Wheel Utility Tr. | | | 500.00 |
| 4-E-300 | Trailer | 4 Wheel Low Bed | 1969 | | 1,200.00 |
| 4-E-304 | Magnolia | Mobile Home | 1961 | | 2,500.00 |
| 4-E-320 | Trailer | 2 Wheel Horse | 1956 | | 500.00 |

## AGRICULTURAL EXPERIMENT STATION

### MISCELLANIOUS EQUIPMENT (continued)

| CODE NO. | MAKE | MODEL | YEAR | MOTOR OR SERIAL NO. | COST |
|---|---|---|---|---|---|
| 4-E-324 | Homemade | 4 Wh. Horse Trailer | 1971 | | 1,076.00 |
| 4-E-327 | Homemade | 2 Wheel Trailer | | | 500.00 |
| 4-E-328 | Reid | Trailer | 1972 | | |
| 4-E-329 | Vogel | Trailer | 1972 | | |
| 4-E-330 | International | low Bed Trailer | 1972 | | |
| 4-E-331 | Homemade | Tri-Axle F/B Trailer | 1973 | | |

## EXTENSION SERVICE

| CODE NO. | MAKE | MODEL | YEAR | MOTOR OR SERIAL NO. | COST |
|---|---|---|---|---|---|
| 5-E-18 | Chevrolet | 1 T. Panel | 1951 | AJCA 427 421 | 1,714.10 |

### MISCELLANIOUS EQUIPMENT

| CODE NO. | MAKE | MODEL | YEAR | MOTOR OR SERIAL NO. | COST |
|---|---|---|---|---|---|
| 5-E-53 | Homemade | ½ T. Trailer | 1960 | SNTR 480 92 | 165.00 |
| 5-E-55 | Homemade | ½ T. Trailer | 1950 | SNTR 92 72 | 100.00 |
| 5-E-60 | Buhl | 4 T. Trailer | 1963 | 4663 | 1,117.20 |

## EASTERN MONTANA COLLEGE

| CODE NO. | MAKE | MODEL | YEAR | MOTOR OR SERIAL NO. | COST |
|---|---|---|---|---|---|
| 6-E-42 | Jeep | ¼ T.Utility P/U | 1952 | 20 909 479 | 500.00 |

### MISCELLANEOUS EQUIPMENT

| CODE NO. | MAKE | MODEL | YEAR | MOTOR OR SERIAL NO. | COST |
|---|---|---|---|---|---|
| 6-E-25 | Allis Chalmers | Tractor | 1963 | 1102 335 | 2,555.00 |
| 6-E-29 | International | Low Boy Tractor | 1966 | 031 56 | 3,300.00 |
| 6-E-36 | Cushman | Haulster | 1970 | 270 882 | 1,959.00 |
| 6-E-43 | Stock Trailer | | 1971 | 009 296 | 1,969.00 |
| 6-E-44 | International | Tractor/Loader | 1974 | 041361 BSY | 7,250.00 |

166,17[illegible]

| DE | MAKE | MODEL | YEAR | MOTOR SERIAL NO. | COST |
|---|---|---|---|---|---|
| | | FISH AND GAME DEPARTMENT | | | |
| -1951B | Ambassador | 4 Dr. Sedan | 1973 | A3A857N290875 | 3,091.30 |
| -1952B | Ambassador | 4 Dr. Sedan | 1973 | A3A857N290883 | 3,091.30 |
| -1953B | Plymouth | 4 Dr. Sedan | 1971 | PE41G1D239942 | 2,879.00 |
| -1954B | Ambassador | 4 Dr. Sedan | 1973 | A3A857N290876 | 3,091.00 |
| -1955B | Ford | Station Wagon | 1972 | 2A40H342310 | 3,200.71 |
| -1956B | Dodge | ½ T. Pickup | 1971 | D14AE1U332777 | 2,721.90 |
| -1957C | Plymouth | 4 Dr. Sedan | 1974 | RK41G4A208034 | 3,027.00 |
| -1958A | Ford | 3/4 T. Pickup | 1969 | F26YRF73847 | 2,935.24 |
| -1959A | Plymouth | Station Wagon | 1970 | RK45G0A203258 | 2,276.00 |
| -1960A | Ford | 1/2 T. Pickup | 1969 | F11YRF97235 | 2,615.[illegible] |
| -1961B | International | 1/2 T. Pickup | 1973 | 3Q1COCHB56024 | 3,175.67 |
| -1962C | Chevrolet | Suburban | 1970 | CE160Z142572 | 2,598.33 |
| -1963B | International | Pickup | 1971 | 14310H125103 | 3,477.00 |
| -1964E | International | 1/2 T. Pickup | 1972 | B43108H275083 | 3,300.00 |
| -1965D | International | 1/2 T. Pickup | 1973 | 3Q1COCHB70315 | 3,175.87 |
| -1966A | Chevrolet | 1/2 T. Pickup | 1970 | CE140Z141350 | 2,022.06 |
| -1967D | Chevrolet | 1/2 T. Pickup | 1971 | KE141J642018 | 3,546.03 |
| G-1968E | International | 1/2 T. Pickup | 1973 | 3Q1COCHB70893 | 3,175.67 |
| G-1969A | Dodge | Dump Truck | 1970 | D71FP0J111963 | 7,918.00 |
| G-1970 | Chevrolet | 1 T. Pickup | 1958 | 3G58J105168 | 1,670.00 |
| G-1971E | Ford | Station Wagon | 1974 | 4J72S143210 | 3,714.[illegible] |
| G-1972D | Ford | 1/2 T. Pickup | 1972 | F10GRP46518 | 2,938.16 |
| G-1973F | Chevrolet | Suburban | 1972 | CKE182F160412 | 3,732.25 |
| G-1974F | Ford | 4 Dr. Sedan | 1972 | 2J54H196645 | 3,07[illegible] |
| G-1975F | Ford | 1/2 T. Pickup | 1974 | F11YRT80783 | 3,849.[illegible] |
| G-1976E | Dodge | 1/2 T. Pickup | 1971 | E14AJ1S347245 | 3,525.70 |
| G-1977E | Ambassador | 4 Dr. Sedan | 1973 | A3A857N290872 | 3,091.30 |
| G-1978D | Ford | 1/2 T. Pickup | 1974 | F11YRT69111 | 3,849.09 |
| G-1979D | Ford | Station Wagon | 1972 | 2H40H172734 | 3,125.65 |
| FG-1980B | Dodge | 4 T. Tandem Truck | 1971 | R91H81T301400 | 17,25[illegible].30 |
| FG-1981C | Ford | 1/2 T. Pickup | 1974 | F11YRT69109 | 3,849.09 |
| FG-1982B | International | 1/2 T. Pickup | 1971 | 13108H317034 | 2,160.00 |
| FG-1983E | International | 1/2 T. Pickup | 1973 | 3Q1COCHB58248 | 3,175.87 |
| FG-1984B | Chevrolet | 3/4 T. Pickup | 1968 | CS248Z137869 | 1,966.74 |
| FG-1985C | Plymouth | 4 Dr. Sedan | 1974 | PK41K4D186610 | 3,15[illegible].00 |
| FG-1986F | International | 1/2 T. Pickup | 1972 | B43108H276660 | 3,416.00 |
| FG-1987D | International | 1/2 T. Pickup | 1973 | 3Q1COCHB57666 | 3,175.87 |
| FG-1988C | International | 1/2 T. Pickup | 1971 | 143108H320511 | 2,71[illegible] |
| FG-1989E | International | 1/2 T. Pickup | 1972 | B43108H280208 | 3,416.[illegible] |
| FG-1990D | International | 1/2 T. Pickup | 1973 | 3Q1COCHB55924 | 3,[illegible] |
| FG-1991C | International | 1/2 T. Pickup | 1973 | 3Q1COCHB57669 | 3,175.87 |
| FG-1992C | Chevrolet | 4 Dr. Sedan | 1970 | 154690C195941 | 2,40[illegible] |
| FG-1993A | Chevrolet | 2 T. Truck | 1966 | C6836J166127 | 3,677.4[illegible] |
| FG-1994B | Dodge | 1/2 T. Pickup | 1973 | W14AE35000807 | 3,463.[illegible] |
| FG-1995E | Ford | 1/2 T. Pickup | 1974 | F11YRT80780 | 3,849.09 |
| FG-1996D | Ford | 1/2 T. Pickup | 1974 | F11YRT69115 | 3,849.0[illegible] |
| FG-1997D | International | Travelall | 1971 | 143107H125149 | 4,[illegible] |
| FG-1998D | Ford | 1/2 T. Pickup | 1974 | F11YRT63702 | 3,849.09 |

175019 9

FISH AND GAME DEPARTMENT

| CODE NO. | MAKE | MODEL | YEAR | MOTOR OR SERIAL NO. | COST |
|---|---|---|---|---|---|
| FG-1999C | Dodge | 1/2 T. Pickup | 1972 | W14F2S566669 | $ 3,516.0[illegible] |
| FG-2000D | International | Suburban | 1972 | B17107H319561 | 3,383.00 |
| FG-2001D | International | 1/2 T. Pickup | 1973 | 3Q1COCHB58283 | 3,175.87 |
| FG-2002C | Ford | 1 T. Dump Truck | 1970 | F35JRH50438 | 3,438.63 |
| FG-2003C | International | 2 T. Truck | 1974 | | 6,602.75 |
| FG-2004C | Dodge | 1/2 T. Pickup | 1971 | D14E1U332778 | 2,721.90 |
| FG-2005D | International | 1/2 T. Pickup | 1973 | 3Q1COCHB58253 | 3,175.87 |
| FG-2006F | Ford | 1/2 T. Pickup | 1972 | F10YRN65408 | 3,119.45 |
| FG-2007D | International | 1/2 T. Pickup | 1972 | B43108H279881 | 3,416.00 |
| FG-2008A | Dodge | 1 T. Truck | 1971 | E31B1S348072 | 4,657.15 |
| FG-2009A | Dodge | 1/2 T. Pickup | 1969 | 2381949265 | 3,692.00 |
| FG-2010G | Ford | 1/2 T. Pickup | 1974 | F11YRT80784 | 2,530.00 |
| FG-2011G | International | 1/2 T. Pickup | 1972 | B43108H279924 | 3,416.00 |
| FG-2012B | Dodge | 1-1/2 T. Truck | 1966 | 1581601261 | 4,052.20 |
| FG-2013B | Dodge | 2 T. Truck | 1963 | 1681307360 | 3,583.04 |
| FG-2014C | Dodge | 2-1/2 T. Truck | 1968 | 5881852406 | 9,009.00 |
| FG-2015E | Dodge | Pickup | 1973 | W14AE35007596 | 3,463.05 |
| FG-2016B | Ford | 1/2 T. Pickup | 1969 | F11yrF76507 | 2,648.95 |
| FG-2017B | Dodge | 1-1/2 T. Truck | 1966 | 1581601684 | 3,969.20 |
| FG-2018E | International | 1/2 T. Pickup | 1972 | B43108H320357 | 3,043.00 |
| FG-2019C | Dodge | 1/2 T. Pickup | 1971 | E14AJ1S347299 | 3,558.50 |
| FG-2020C | International | 3-1/2 T. Truck | 1967 | NH180521637 | 10,485.90 |
| FG-2021C | International | 1/2 T. Pickup | 1971 | 143108H319782 | 2,714.00 |
| FG-2022G | Ford | 1/2 T. Pickup | 1974 | F11YRT80775 | 3,849.09 |
| FG-2023E | Chevrolet | Suburban | 1971 | CE161Z661049 | 3,718.83 |
| FG-2024E | Chevrolet | 4 Dr. Sedan | 1970 | 154690C148746 | 1,984.67 |
| FG-2025F | Ford | 4 Dr. Sedan | 1972 | 2P51H143274 | 2,999.04 |
| FG-2026D | Ford | 1/2 T. Pickup | 1974 | F11YRT80773 | 3,849.09 |
| FG-2027F | Dodge | Pickup | 1973 | W14E35006483 | 3,463.05 |
| FG-2028E | International | 1/2 T. Pickup | 1973 | 3Q1COCHB55915 | 3,175.87 |
| FG-2029D | Chevrolet | Suburban | 1972 | CKE182F160555 | 3,732.25 |
| FG-2030G | International | 1/2 T. Pickup | 1972 | B43108H282520 | 3,410.00 |
| FG-2031C | International | 1/2 T. Pickup | 1971 | 143108H320377 | 2,691.00 |
| FG-2032D | Ford | 4 Dr. Sedan | 1972 | 2J54H156644 | 3,071.63 |
| FG-2033D | Rambler | Station Wagon | 1971 | A1A187N304670 | 3,074.27 |
| FG-2034A | Chevrolet | 3/4 T. Pickup | 1957 | 3E57J116561 | 1,57[illegible].00 |
| FG-2035F | Chevrolet | Suburban | 1973 | CK9163F144111 | 4,043.91 |
| FG-2036B | Dodge | 1-1/2 T. Truck | 1969 | 1681941192 | 5,598.1[illegible] |
| FG-2037D | International | Pickup | 1971 | 143108H125674 | 3,477.00 |
| FG-2038G | International | 1/2 T. Pickup | 1973 | 3Q1COCHB55985 | 3,175.87 |
| FG-2039C | International | 3/4 T. Pickup | 1973 | 3Q2A0CHB69299 | 3,943.[illegible] |
| FG-2040D | International | 1/2 T. Pickup | 1973 | 3Q1COCHB56099 | 3,175.87 |
| FG-2041F | Plymouth | 4 Dr. SEdan | 1974 | RK41G4A203722 | 3,027.00 |
| FG2042C | Dodge | 1 T. Pickup | 1972 | W33BE2S513167 | 3,903.02 |
| FG-2043E | Ford | 1/2 T. Pickup | 1974 | F11YRT80781 | 3,849.[illegible] |
| FG-2044D | International | 1/2 T. Pickup | 1973 | 3Q1COCHB58242 | 3,175.87 |
| FG-2045F | Chevrolet | Suburban | 1972 | CKE182F160405 | 3,732.45 |

176,007

| CODE NO. | MAKE | MODEL | YEAR | MOTOR OR SERIAL NO | COST |
|---|---|---|---|---|---|
| | | **FISH AND GAME DEPARTMENT** (Continued) | | | |
| FG-2046E | Plymouth | 4 Dr. Sedan | 1974 | PK41K4D186612 | $ 3,158.00 |
| FG-2047E | International | 1/2 T. Pickup | 1973 | 3Q1COCHB56084 | 3,175.87 |
| FG-2048C | Ford | 1/2 T. Pickup | 1974 | F11YRT69113 | 3,849.09 |
| FG-2049E | Chevrolet | 4 Dr. Sedan | 1970 | 154690C195873 | 2,402.86 |
| FG-2050C | Ford | 1/2 T. Pickup | 1967 | F10BRB50376 | 2,033.55 |
| FG-2051D | Ford | 1/2 T Pickup | 1974 | F11YRT65116 | 3,849.09 |
| FG-2052D | Dodge | 3/4 T. Pickup | 1971 | E24BE1S347744 | 3,757.90 |
| FG-2053F | Ford | 1/2 T. Pickup | 1974 | F11YRT80772 | 3,849.09 |
| FG-2054E | International | 1/2 T. Pickup | 1972 | B43108H291163 | 3,416.00 |
| FG-2055C | Dodge | 1 T. Truck | 1974 | D31BE4S110581 | 3,625.14 |
| FG-2056 | Chevrolet | 3/4 T. Pickup | 1952 | 498272 | 1,495.20 |
| FG-2057D | Dodge | 1/2 T. Pickup | 1971 | W14AF2S502981 | 3,777.55 |
| FG-2058C | Dodge | 4 T. Truck | 1965 | 8961552399 | 9,177.56 |
| FG-2059E | Plymouth | 4 Dr. Sedan | 1974 | RK41G4A208035 | 3,027.00 |
| FG-2060D | Chevrolet | Carryall | 1973 | CCZ163F161476 | 3,608.61 |
| FG-2061E | Chevrolet | 1/2 T. Pickup | 1971 | KE141J641538 | 3,546.05 |
| FG-2062D | Ford | Station Wagon | 1972 | 2H40H172733 | 3,123.59 |
| FG-2063B | GMC | 3 T. Truck | 1962 | J2028G | 9,295.45 |
| FG-2064C | International | 1/2 T. Pickup | 1973 | 3Q1COCHB56042 | 3,175.87 |
| FG-2065B | Chevrolet | 1/2 T. Pickup | 1967 | CS147J126464 | 1,752.16 |
| FG-2066C | Dodge | 3/4 T. Pickup | 1973 | D24BE3S102452 | 3,321.09 |
| FG-2067B | GMC | Pickup | 1965 | PF2739A | 2,428.35 |
| FG-2068E | Ford | 1/2 T. Pickup | 1974 | F11YRT63709 | 3,849.09 |
| FG-2069B | Dodge | 1 T. Pickup | 1972 | D33BE2S508935 | 2,933.62 |
| FG-2070D | International | 1/2 T. Pickup | 1973 | 3Q1COCHB70571 | 3,175.87 |
| FG-2071B | International | 1/2 T. Pickup | 1973 | 3H1COCHB60797 | 2,770.65 |
| FG-2072D | International | Suburban | 1971 | 143107H083623 | 3,317.00 |
| FG-2073E | Ambassador | Station Wagon | 1973 | A3A887N283260 | 3,433.15 |
| FG-2074D | International | Travelall | 1971 | 113107H120346 | 3,550.00 |
| FG-2075E | International | Travelall | 1971 | 113107H125923 | 3,550.00 |
| FG-2076E | International | 1/2 T. pickup | 1971 | 143108H320275 | 2,691.00 |
| FG-2077E | Chevrolet | Suburban | 1974 | CKY164F154375 | 4,798.73 |
| FG-2078D | Ford | 1/2 T. Pickup | 1974 | F11YRU01564 | 3,849.09 |
| FG-2079A | Dodge | 2 T. Truck | 1974 | | 8,069.50 |
| FG-2080E | Rambler | Station Wagon | 1971 | A1A187N246904 | 3,117.26 |
| FG-2081D | International | 1/2 T. Pickup | 1973 | 3Q1COCHB58270 | 3,175.87 |
| FG-2082E | International | 1/2 T. Pickup | 1973 | 3Q1COCHB69835 | 3,175.87 |
| FG-2083E | Chevrolet | 3/4 T. Pickup | 1971 | CE241Z660579 | 3,200.[illegible] |
| FG-2084E | Ford | 1/2 T. Pickup | 1974 | F11YRT80778 | 3,694.[illegible] |
| FG-2085C | Ford | 1/2 T. Pickup | 1969 | F10GRE80046 | 2,[illegible] |
| FG-2086C | International | 1/2 T. Pickup | 1972 | B43108H291164 | 3,416.00 |
| FG-2087F | Chevrolet | Suburban | 1974 | CKY164F154705 | 4,758.73 |
| FG-2088D | International | 1/2 T. Pickup | 1972 | B43108H288970 | 3,416.00 |
| FG-2089E | International | 1/2 T. Pickup | 1972 | B43108H279938 | 3,416.00 |
| FG-2090D | Plymouth | Patrol Wagon | 1968 | RK45F8A317297 | 2,010.97 |
| FG-2091D | International | 1/2 T. Pickup | 1973 | 3Q1COCHB70362 | 3,[illegible] |
| FG-2092C | International | Travelall | 1972 | B17107H321373 | 3,335.00 |
| FG-2093E | Ford | 3/4 T. Truck | 1967 | F25ERB43992 | 3,6[illegible] |
| FG-2094A | Ford | 1/2 T. Pickup | 1974 | F11YRU01565 | 3,849.09 |

**FISH AND GAME DEPARTMENT**
**(Continued)**

| CODE NO. | MAKE | MODEL | YEAR | MOTOR OR SERIAL NO. | COST |
|---|---|---|---|---|---|
| FG-2095D | International | 3/4 T. Pickup | 1972 | B43208H264040 | $ 3,540.00 |
| FG-2096E | Ford | 1/2 T. Pickup | 1973 | F11YRR86153 | 3,832.[illegible] |
| FG-2097C | International | 1/2 T. Pickup | 1972 | B43108H288910 | 3,416.00 |
| FG-2098B | International | 1/2 T. Pickup | 1968 | 213105H99673 | 2,228.78 |
| FG-2099D | Ford | Station Wagon | 1974 | 4J72S143211 | 3,714.98 |
| FG2100 C | Ford | 1/2 T. Pickup | 1974 | F11yrt69114 | 3,849.09 |
| FG-2101C | Chevrolet | Suburban | 1974 | CKY164F15473 | 4,793.75 |
| FG-2102F | Ford | 1/2 T. Pickup | 1974 | F11YRU01562 | 3,849.09 |
| FG-2103G | Plymouth | 4 Dr. Sedan | 1974 | RK41G4A208033 | 3,077.00 |
| FG-2104C | International | Travelall | 1968 | 213107H836174 | 2,75[illegible].17 |
| FG-2105F | Ford | 1/2 T. Pickup | 1974 | F11YRT63705 | 3,849.09 |
| FG-2106F | International | Suburban | 1972 | B47107H319610 | 3,656.00 |
| FG-2107A | Dodge | 1/2 T. Van | 1966 | 1962075733 | 2,054.20 |
| FG-2108F | International | 1/2 T. Pickup | 1972 | B43108H273376 | 3,233.00 |
| FG-2109G | Dodge | 3/4 T. Pickup | 1974 | W24BE4S087159 | 3,653.[illegible] |
| FG-2110C | Dodge | 1/2 T. Pickup | 1969 | 1181910737 | 2,131.00 |
| FG-2111D | Ford | Station Wagon | 1968 | 8K12C161698 | 2,010.05 |
| FG-2112C | International | 3/4T. Pickup | 1971 | 143208H319725 | 2,849.00 |
| FG-2113C | Dodge | 3 T. Truck | 1965 | 8961552398 | 8,927.56 |
| FG-2114A | Dodge | 2 T. Truck | 1967 | 1581735519 | 4,[illegible].25 |
| FG-2115D | Dodge | 1/2 T. Pickup | 1972 | W14AF2S566970 | 3,516.0[illegible] |
| FG-2116A | Ford | 1/2 T. Pickup | 1974 | F11YRT80770 | 3,849.09 |
| FG-2117E | International | Suburban | 1971 | 143107H087266 | 3,327.00 |
| FG-2118C | Chevrolet | Blazer | 1971 | KE181S630734 | 3,932.79 |
| FG-2119D | International | 1/2 T. Pickup | 1972 | B43108H283200 | 3,414.00 |
| FG-2120D | Dodge | 3/4 T. Pickup | 1971 | E24BE1S347642 | 3,757.90 |
| FG-2121E | Ford | 1/2 T. Pickup | 1974 | F11yrt80779 | 3,849.09 |
| FG-2122B | Plymouth | 4 DR. Sedan | 1974 | PK41K4D186609 | 3,155.00 |
| FG-2123A | International | 3/4 T. Pickup | 1965 | D1300SB5348453 | 2,205.79 |
| FG-2124F | Dodge | 1/2 T. Pickup | 1971 | E14AJ1S347222 | 3,[illegible] |
| FG-2125G | Ford | 4 Dr. Sedan | 1972 | 2J54H196643 | 3,071.[illegible] |
| FG-2126G | Ford | 1/2 T. Pickup | 1974 | F11YRT63710 | 3,849.09 |
| FG-2127C | International | 1/2 T. Pickup | 1971 | 143108H320406 | 2,714.00 |
| FG-2128G | Ford | 1/2 T. Pickup | 1974 | F11YRT63706 | 3,849.09 |
| FG-2129G | International | 1/2 T. Pickup | 1972 | B43108H280106 | 3,[illegible]16.00 |
| FG-2130C | Dodge | Tandem Tank Truck | 1962 | 9961199740 | 14,[illegible] |
| FG-2131E | Chevrolet | Suburban | 1972 | CKE182F160500 | 3,7[illegible] |
| FG-2132B | Dodge | Pursuit Wagon | 1968 | WK45F8A238111 | 1,9[illegible] |
| FG-2133C | Chevrolet | 1/2 T. Suburban | 1972 | CKE162F162375 | 4,074.74 |
| FG-2134F | International | Pickup | 1972 | B43108H327863 | 3,[illegible] |
| FG-2135G | Ford | 4 Dr. Sedan | 1972 | 2F51H143275 | 2,9[illegible] |
| FG-2136G | Ford | 1/2 T. Pickup | 1974 | F11YRT69110 | 3,849.09 |
| FG-2137G | Ford | 4 Dr. Sedan | 1972 | 2P51H143712 | 2,999.0[illegible] |
| FG-2138E | International | 1/2 T. Pickup | 1973 | 3Q1COCHB56001 | 3,175.57 |
| FG-2139C | Ford | 1/2 T. Pickup | 1968 | F11ERD04270 | 2,4[illegible] |
| FG-2140D | Ford | Flatbed Truck | 1967 | F26ERB48993 | 2,9[illegible] |
| FG-2141F | International | 1/2 T. Pickup | 1973 | 3Q1COCHB56113 | 3,175.5[illegible] |
| FG- | | | | | |

FISH AND GAME DEPARTMENT
(Continued)

| | | | YEAR | SERIAL NO. | COST |
|---|---|---|---|---|---|
| FG-2142D | Dodge | 3/4T. Pickup | 1968 | 2281866703 | $ 3,[illegible]09.7[illegible] |
| FG-2143F | Ford | 1/2 T. Pickup | 1974 | F11YRT30786 | 3,849.0[illegible] |
| FG-2144C | Dodge | 1/2 T. Pickup | 1972 | W14AF2S503412 | 3,615.0[illegible] |
| FG-2145G | Ford | 1/2 T. Pickup | 1974 | F11YRT63707 | 3,[illegible] |
| FG-2146D | International | Travelall | 1970 | 583107H036634 | 3,374.[illegible] |
| FG-2147A | Chevrolet | 1-1/2 T. Truck | 1960 | [illegible]633J110948 | 2,478.40 |
| FG-2148F | International | Carryall | 1972 | 347107H287679 | 3,999.00 |
| FG-2149G | Chevrolet | Suburban | 1974 | CKY164154660 | 4,798.73 |
| FG-2150F | International | Travelall | 1971 | 143107H124924 | 4,193.00 |
| FG-2151G | Ford | 1/2 T. Pickup | 1974 | F11YRU01560 | 3,849.09 |
| FG-2152G | International | 1/2 T. Pickup | 1973 | 3Q1COCHB57643 | 3,175.87 |
| FG-2153F | Dodge | 1/2 T. Pickup | 1973 | W14AE5006568 | 3,463.05 |
| FG-2155E | Plymouth | 4 Dr. Sedan | 1974 | RK41G4A208032 | 3,027.00 |
| FG-2156F | International | 1/2 T. Pickup | 1973 | 3Q1COCHB56039 | 3,175.87 |
| FG-2157F | Dodge | 1/2 T. Pickup | 1972 | W14AF2S566480 | 3,516.04 |
| FG-2158F | Dodge | 1/2 T. Pickup | 1972 | W14AF2S566486 | 3,516.04 |
| FG-2159F | Dodge | 1/2 T. Pickup | 1972 | W14AF2S566677 | 3,516.04 |
| FG-2160F | International | 1/2 T. Pickup | 1973 | 3Q1COCHB57638 | 3,175.87 |
| FG-2161G | Ford | 1/2 T. Pickup | 1974 | F11YRU01557 | 3,849.09 |
| FG-2260A | Dodge | 1-1/2 T. Dump | 1966 | 1581623424 | 3,858.40 |
| FG-2261A | Ford | 1/2 T. Pickup | 1966 | F10BK796040 | 1,803.20 |
| FG-2262A | International | 3 T. Truck | 1966 | 47850660 | 12,632.28 |
| FG-2263B | Dodge | 3/4 T. Pickup | 1974 | D24BF4S084963 | 7,052.09 |
| FG-2265A | Dodge | 1-1/2 T. Truck | 1966 | 1581601921 | 3,605.20 |
| FG-2266B | Chevrolet | 1/20 T. Pickup | 1970 | CE140Z173548 | 2,198.06 |
| FG-2267B | Chevrolet | 1/2 T. Pickup | 1970 | CE104Z141409 | 2,022.06 |
| FG-2268C | Plymouth | Station Wagon | 1974 | RL45G4R222013 | 3,428.00 |
| FG-2269B | International | 1/2 T. Pickup | 1972 | B13108H287130 | 2,765.00 |
| FG-2270C | Ambassador | Station Wagon | 1973 | A3A887N283264 | 3,433.15 |
| FG-2271A | Ford | Station Wagon | 1974 | 4J72S143212 | 3,714.95 |
| FG-2272A | International | Flatbed w/crane | 1972 | 707921G493383 | 15,385.00 |
| FG-2273A | International | 1/2 T. Pickup | 1972 | B13108H284662 | 2,663.00 |
| FG-2275B | Dodge | 1/2 T. Pickup | 1974 | D14AE4S087343 | 3,523.55 |
| FG-2276A | Dodge | 3/4 T. Truck | 1970 | D26BE0S178330 | 2,[illegible].05 |
| FG-2277A | International | 1/2 T. Pickup | 1971 | 143108H319771 | 2,[illegible]1.00 |
| FG-2278A | International | 1/2 T. Pickup | 1972 | B43108H289017 | 3,416.00 |
| FG-2279A | International | 1/2 T. Pickup | 1973 | 3H1COCHB61211 | [illegible] |
| FG-2280A | Dodge | 1/2 T. Pickup | 1970 | D14AE0S145321 | 2,207.9[illegible] |
| FG-2281 | Chevrolet | 2-1/2 T. Truck | 1966 | HC0836J166289 | 5,010.0[illegible] |
| FG-2282 | Chevrolet | 3/4 T. Pickup | 1963 | CS2[illegible]137692 | 2,565.7[illegible] |
| FG-2283 | International | 5 yd. Dump | 1968 | 416070H799373 | [illegible] |
| FG-2284 | International | 5 yd. Dump | 1969 | 416070H861031 | 5,705.[illegible] |
| FG-2285A | Ford | 1/2 T. Pickup | 1974 | F11YRT80782 | 3,549.09 |
| FG-2286 | Ambassador | 4 Dr. Sedan | 1973 | A3A857N290855 | 3,091.[illegible] |
| FG-2287 | Ambassador | Station Wagon | 1973 | A3A887N283259 | 3,433.15 |
| FG-2288 | International | 1/2 T. Pickup | 1973 | 3Q1COCHB70250 | 3,175.87 |
| FG-2289 | Ambassador | 4 Dr. Sedan | 1973 | A3A857N290857 | 3,091.50 |
| FG-2290 | Ambassador | 4 Dr. Sedan | 1973 | A3A857N[illegible]728 | 3,091.[illegible] |

13

FISH AND GAME DEPARTMENT
(Continued)

| DE | MAKE | MODEL | YEAR | MODEL OR SERIAL NO. | COST |
|---|---|---|---|---|---|
| -2291 | International | 1/2 T. Pickup | 1973 | 3Q1COCHB70798 | $ 3,175.87 |
| -2292 | International | 1/2 T. Pickup | 1973 | 3Q1COCHB69831 | 3,175.87 |
| -2293 | International | 1/2 T. Pickup | 1973 | 3Q1COCHB69837 | 3,175.87 |
| -2295 | Dodge | 1/2 T. Pickup | 1973 | W14AF3S207608 | 3,908.11 |
| -2296 | Dodge | 1/2 T. Pickup | 1973 | W14AF3S207649 | 3,908.11 |
| -2297 | Dodge | 1/2 T. Pickup | 1973 | W14AF3S207650 | 3,908.11 |
| -2298 | Ford | 1 T. Panel | 1974 | F37RT68593 | 4,889.67 |
| -2299 | Chevrolet | Suburban | 1974 | CKY164F154721 | 4,798.73 |
| -2300 | Dodge | Garbage Truck | 1969 | 1681880949 | 10,324.65 |
| G-3342 | Ford | 1/2 T. Pickup | 1968 | F10BRD43918 | 1,998.20 |
| G-3343 | Ford | 4 Dr. Sedan | 1968 | 8F51F185569 | 1,833.15 |
| G-3344A | International | 1/2 T. Pickup | 1973 | 3Q1COCHB69836 | 3,175.87 |
| G-3345A | Chevrolet | Blazer | 1971 | KE181S677714 | 3,931.73 |
| G-3346A | International | 1/2 T. Pickup | 1972 | B43108H283771 | 3,416.00 |
| G-3347A | Ford | 1/2 T. Pickup | 1 74 | F11YRT80771 | 3,849.09 |
| G-3348A | International | 1/2 T. Pickup | 1973 | 3Q1COCHB57653 | 3,175.87 |
| FG-3349A | International | 1/2 T. Pickup | 1 72 | B43108H27 | 3,416.00 |
| FG-3350A | Ford | 1/2 T. Pickup | 1974 | F11YRT69117 | 3,849.09 |
| FG-3351A | International | 1/2 T. Pickup | 1973 | 3Q1COCHB56045 | 3,175.87 |
| FG-3352A | Ford | 1/2 T. Pickup | 1974 | F11YRT69117 | 3,849.09 |
| FG-3353A | International | 1/2 T. Pickup | 1973 | 3Q1COCHB56036 | 3,175.87 |
| FG-3354 | Chevrolet | Suburban | 1969 | KE169Z890578 | 3,072.00 |
| FG-3355 | Chevrolet | 3/4 T. Pickup | 1970 | CE240Z141363 | 2,237.16 |
| FG-3356 | Chevrolet | 1/2 T. Pickup | 1970 | CE140Z141373 | 2,022.06 |
| FG-3357 | Dodge | 1-1/2 T. Truck | 1970 | M51FKOJ107752 | 4,663.34 |
| FG-3358 | Dodge | 1/2 T. Pickup | 1970 | E14AEOS145692 | 2,537.20 |
| FG-3359 | Ford | 1 T. Dump | 1970 | F35YLH50724 | 3,136.55 |
| FG-3360 | Ford | 1 T. Dump | 1970 | F35YRH50723 | 3,136.55 |
| FG-3361A | Ford | 1/2 T. Pickup | 1974 | F11YRU01559 | 3,849.09 |
| FG-3362 | International | 5 Yd. Dump | 1970 | 416070H027486 | 6,605.00 |
| FG-3363 | Dodge | 5 Yd. Dump | 1970 | D71FPOJ111962 | 7,918.00 |
| FG-3364 | International | 1/2 T. Suburban | 1971 | 143107H322438 | 3,317.00 |
| FG-3365 | International | 1 T. Pickup | 1971 | 113305H322554 | 2,525.00 |
| FG-3366 | International | 1/2 T. Pickup | 1971 | 143108H320423 | 2,714.00 |
| FG-3367 | International | 1/2 T. Pickup | 1971 | 143108H319859 | 2,714.00 |
| FG-3368 | Dodge | 1/2 T. Pickup | 1971 | D14AE1U332776 | 2,721.90 |
| FG-3369 | Chevrolet | Blazer | 1971 | KE1815630757 | 3,931.78 |
| FG-3370 | Dodge | 1/2 T. Pickup | 1971 | D14AE1U332779 | 2,721.90 |
| FG-3371 | Dodge | 1/2 T. Pickup | 1971 | D14AE1U332775 | 2,721.90 |
| FG-3372 | Dodge | 1 T. Flatbed | 1971 | D31BE1S347280 | 3,520.55 |
| FG-3373 | Plymouth | 4 Dr. Sedan | 1971 | PM41T1D33221 | 3,498.00 |
| FG-3374 | Dodge | 1/2 T. Pickup | 1971 | E14AJ1S347255 | 3,550.70 |
| FG-3375 | Plymouth | 4 Dr. Sedan | 1971 | PM41L1D236141 | 3,165.40 |
| FG-3376 | Rambler | Station Wagon | 1971 | A1A187N246902 | 3,127.25 |
| FG-3377 | Rambler | Station Wagon | 1971 | A1A187N246906 | 3,127.25 |
| FG-3378 | International | 1/2 T. Pickup | 1971 | 143108H125963 | 3,477.00 |
| FG-3379 | International | Travelall | 1971 | 143107H124963 | 4,193.00 |
| FG-3380 | International | Travelall | 1971 | 113107H127854 | 3,550.00 |
| FG-3381 | International | 1/2 T. Pickup | 1971 | 143108H105055 | 3,477.00 |

| DE | MAKE | MODEL | YEAR | MOTOR OR SERIAL NO. | COST |
|---|---|---|---|---|---|
| | | **FISH AND GAME DEPARTMENT (Continued)** | | | |
| -3382 | International | Travelall | 1971 | 143107H129451 | 4,213.00 |
| -3403 | Chevrolet | 1/2 T. Pickup | 1971 | KE141J641627 | 3,830.03 |
| -3404 | Dodge | Pickup | 1972 | W14AF2S572586 | 3,516.04 |
| -3405 | Chevrolet | 1/2 T. Suburban | 1972 | CKE162F162339 | 4,074.74 |
| -3406 | Ford | 1/2 T. Pickup | 1974 | F11YRT80777 | 3,849.09 |
| 3407 | Dodge | 3/4 T. Pickup | 1974 | D24BF4S085533 | 7,052.59 |
| -3408 | Plymouth | 4 Dr. Sedan | 1974 | PK41K4D186608 | 3,158.00 |
| -3409 | Plymouth | 4 Dr. Sedan | 1974 | PK41K4D186661 | 3,158.00 |
| -3410 | Ford | 1/2 T. Pickup | 1974 | F11YRU01554 | 3,849.09 |
| G-3411 | Ford | 1/2 T. Pickup | 1974 | F11YRT80776 | 3,849.09 |
| G-3412 | Plymouth | 4 Dr. Sedan | 1974 | RK41G4A208031 | 3,027.00 |
| G-3413 | Ford | 1/2 T. Pickup | 1974 | F11YRU01561 | 3,849.09 |
| G-3414 | Chevrolet | Suburban | 1974 | CKY164F158219 | 4,798.73 |
| G-3415 | Ford | 1/2 T. Pickup | 1974 | F11YRU01556 | 3,849.09 |
| G-3416 | Ford | 1/2 T. Pickup | 1974 | F11YRU01563 | 3,849.09 |
| G-3417 | Ford | 1/2 T. Pickup | 1974 | F11YRU01558 | 3,849.09 |
| G-3418 | Ford | 1/2 T. Pickup | 1974 | F11YRU01555 | 3,849.09 |
| -109088 | Ford | 3/4 T. Pickup | 1965 | F26JK686674 | 2,286.00 |
| -109089 | Chevrolet | 1/2 T. Pickup | 1969 | KS2149S869866 | 2,862.00 |

MISCELLANEOUS EQUIPMENT

| | | | | | |
|---|---|---|---|---|---|
| FG-2168 | Bell | House Trailer | 1964 | SNTR 16933 Mont | 2,500.00 |
| FG-2189 | Bell | House Trailer | 1964 | 211360 | 2,500.00 |
| FG-2215 | Trailblazer | House Trailer | 1966 | TB6174157 | 3,000.00 |
| FG-2204 | Siesta | House Trailer | 1961 | 61BOS3125 | 1,524.00 |
| FG-2209 | Trailblazer | House Trailer | 1966 | TB6174156 | 3,000.00 |
| FG-2210 | Shasta | House Trailer | 1956 | C5658 | 1,053.00 |
| FG-2211 | Bell | House Trailer | 1973 | 165333 | 2,095.00 |
| FG-2213 | Shasta | House Trailer | 1954 | C3149 | 1,095.00 |
| FG-2216 | Shasta | House Trailer | 1955 | C4205 | 1,045.00 |
| FG-2217 | Bell | House Trailer | 1972 | 174046 | 2,095.00 |
| FG-2218 | Shasta | House Trailer | 1955 | C4992 | 1,025.00 |
| FG-2225 | Great Lakes | House Trailer | 1958 | 3295372 | 3,155.00 |
| FG-2226 | Great Lakes | House Trailer | 1958 | 329F224 | 2,959.40 |
| FG-2247 | Pathfinder | House Trailer | 1961 | 5768 | 2,134.00 |
| FG-2301 | Columbia | House Trailer | 1954 | 44L3750 | 1,500.00 |
| FG-2302 | New Moon | House Trailer | 1960 | R33024 | 2,000.00 |
| FG-2305 | Columbia | House Trailer | 1959 | C10974611079 | 1,500.00 |
| FG-3391 | Fleetwood | House Trailer | 1959 | N191143R | 2,650.00 |
| FG-3642 | Aristocrat | House TRailer | 1965 | A16STS10471 | 1,500.00 |
| I-108974 | Henny | 25' Flat Bed | unknown | 1252 | 12,330.00 |
| I-108984 | unknown | 1-1/2 T. Cargo | unknown | M105A2 | 1,049.0 |
| I-108985 | unknown | 1-1/2 T. | unknown | 0167069 | 5,471.00 |

ONTANA HIGHWAY PATROL BUREAU
Helena, Montana
22 May 1974

226.

| M.H.P | MAKE | YEAR | MODEL | MOTOR NO. | COST | INS. DIST. |
|---|---|---|---|---|---|---|
| 1003 | Chev | 1973 | 4-dr | IN-3913C-113558 | $6441.55 | 2 |
| 1013 | Ply | 1973 | 4-dr | PM41U3D223629 | 3961.00 | 2 |
| 1014 | Ply | 1974 | 4-dr | PM41U4D185897 | 3945.00 | 2 |
| 1024 | Ply | 1974 | 4-dr | PM41U4D185889 | 3945.00 | 2 |
| 1031 | Chev | 1971 | 4-dr | 156691C184608 | 3857.14 | 2 |
| 1034 | Ply | 1974 | 4-dr | PM41U4D185881 | 3945.00 | 3 |
| 1042 | Dodge | 1972 | 4-dr | DL41U2D240421 | 3875.79 | 1 |
| 1053 | Ply | 1973 | 4-dr | PM41U3D223598 | 3961.00 | 3 |
| 1061 | Chev | 1971 | 4-dr | 156691C113209 | 2599.96 | 3 |
| 1071 | Chev | 1971 | 4-dr | 156691C112535 | 2599.96 | 2 |
| 1091 | Chev | 1971 | 4-dr | 156691C113188 | 2599.96 | 2 |
| 1113 | Ply | 1973 | 4-dr | PM41U3D223625 | 3961.00 | 3 |
| 1114 | Ply | 1974 | 4-dr | PM41U4D185838 | 3945.00 | 2 |
| 1132 | Ford | 1972 | 4-dr | 2P53P156210 | 3749.07 | 3 |
| 1164 | Ply | 1974 | 4-dr | PM41U4D206761 | 3945.00 | 1 |
| 1174 | Ply | 1974 | 4-dr | PM41U4D206753 | 3945.00 | 2 |
| 1181 | Ford | 1971 | 4-dr | 1P53P192339 | 3942.80 | 2 |
| 1193 | Ply | 1973 | 4-dr | PM41U3D223582 | 3961.00 | 3 |
| 1203 | Ply | 1973 | 4-dr | PM41U3D223597 | 3961.00 | 3 |
| 1213 | Ply | 1973 | 4-dr | PM41U3D223615 | 3961.00 | 2 |
| 1224 | Ply | 1974 | 4-dr | PM41U4D185888 | 3945.00 | 1 |
| 1232 | Ply | 1972 | 4-dr | PM41U2D242031 | 3885.00 | 3 |
| 1234 | Ply | 1974 | 4-dr | PM41U4D185904 | 3945.00 | 2 |
| 1244 | Ply | 1974 | 4-dr | PM41U4D206750 | 3945.00 | 2 |
| 1274 | Ply | 1974 | 4-dr | PM41U4D185851 | 3945.00 | 3 |
| 1284 | Ply | 1974 | 4-dr | PM41U4D206747 | 3945.00 | 3 |
| 1294 | Ply | 1974 | 4-dr | PM41U4D206754 | 3945.00 | 2 |
| 1314 | Ply | 1974 | 4-dr | PM41U4D185898 | 3945.00 | 2 |
| 1322 | Ply | 1972 | 4-dr | PM41U2D242138 | 3885.00 | 2 |
| 1333 | Ply | 1973 | 4-dr | PM41U3D223602 | 3961.00 | 3 |
| 1334 | Ply | 1974 | 4-dr | PM41U4D185890 | 3945.00 | 2 |
| 1343 | Ply | 1973 | 4-dr | PM41U3D223604 | 3961.00 | 3 |
| 1353 | Ply | 1973 | 4-dr | PM41U3D223609 | 3961.00 | 3 |
| 1354 | Ford | 1974 | 4-dr | 4J53C146508 | 4386.70 | 3 |
| 1364 | Ply | 1974 | 4-dr | PM41U4D206759 | 3945.00 | 1 |
| 1374 | Ply | 1974 | 4-dr | PM41U4D185899 | 3945.00 | 3 |
| 1393 | Ply | 1973 | 4-dr | PM41U3D223593 | 3961.00 | 3 |
| 1394 | Ford | 1974 | 4-dr | 4J53C146511 | 4386.70 | 3 |
| 1402 | Ply | 1972 | 4-dr | PM41U2D242048 | 3885.00 | 3 |
| 1423 | Ford | 1973 | 4-dr | 3P53C135588 | 3947.29 | 3 |
| 1443 | Ply | 1973 | 4-dr | PM41U3D223611 | 3961.00 | 3 |
| 1444 | Ply | 1974 | 4-dr | PM41U4D185864 | 3945.00 | 1 |
| 1451 | Dodge | 1971 | 4-dr | DE41U1D227558 | 3889.49 | 3 |
| 1463 | Ply | 1973 | 4-dr | PM41U3D223626 | 3961.00 | 2 |
| 1473 | Ply | 1973 | 4-dr | PM41U3D223596 | 3961.00 | 2 |
| 1474 | Ply | 1974 | 4-dr | PM41U4D206765 | 3945.00 | 1 |
| 1484 | Ply | 1974 | 4-dr | PM41U4D185872 | 3945.00 | 3 |
| 1493 | Ply | 1973 | 4-dr | PM41U3D223627 | 3961.00 | 2 |
| 1504 | Ford | 1974 | 4-dr | 4J53C146514 | 4386.70 | 2 |
| 1514 | Ply | 1974 | 4-dr | PM41U4D185878 | 3945.00 | 3 |
| 1524 | Ply | 1974 | 4-dr | PM41U4D185849 | 3945.00 | 2 |
| 1533 | Ply | 1973 | 4-dr | PM41U3D223618 | 3961.00 | 1 |
| 1544 | Ply | 1974 | 4-dr | PM41U4D185896 | 3945.00 | 3 |
| 1553 | Ply | 1973 | 4-dr | PM41U3D223600 | 3961.00 | 1 |
| 1564 | Ply | 1974 | 4-dr | PM41U4D185894 | 3945.00 | 3 |
| 1574 | Ply | 1974 | 4-dr | PM41U4L185873 | 3945.00 | 2 |
| 1584 | Ford | 1974 | 4-dr | 4J53C146510 | 4386.70 | 3 |

HIGHWAY PATROL BUREAU
Page 2, continued

| M.H.P. | MAKE | YEAR | MODEL | MOTOR NO. | COST | INS. DIST. |
|---|---|---|---|---|---|---|
| 1604 | Ford | 1974 | 4-dr | 4J53C143215 | 4386.70 | 3 |
| 1611 | Ford | 1971 | 4-dr | 1P53P192341 | 3942.80 | 2 |
| 1624 | Ply | 1974 | 4-dr | PM41U4D206776 | 3945.00 | 3 |
| 1634 | Ford | 1974 | 4-dr | 4J53C144948 | 4386.70 | 3 |
| 1643 | Ply | 1973 | 4-dr | PM41U3D223589 | 3961.00 | 3 |
| 1674 | Ply | 1974 | 4-dr | PM41U4D185856 | 3945.00 | 2 |
| 1684 | Ply | 1974 | 4-dr | PM41U4D206764 | 3945.00 | 1 |
| 1693 | Ply | 1973 | 4-dr | PM41U3D223595 | 3961.00 | 3 |
| 1703 | Ply | 1973 | 4-dr | PM41U3D223586 | 3961.00 | 3 |
| 1714 | Ply | 1974 | 4-dr | PM41U4D185836 | 3945.00 | 3 |
| 1724 | Ply | 1974 | 4-dr | PM41U4D185853 | 3945.00 | 3 |
| 1734 | Ply | 1974 | 4-dr | PM41U4D206751 | 3945.00 | 2 |
| 1744 | Ford | 1974 | 4-dr | 4J53C146509 | 4386.70 | 3 |
| 1753 | Ford | 1973 | 4-dr | 3P53C155589 | 3961.00 | 3 |
| 1763 | Ply | 1973 | 4-dr | PM41U3D223622 | 3961.00 | 3 |
| 1773 | Ply | 1973 | 4-dr | PM41U3D223603 | 2961.00 | 1 |
| 1784 | Ply | 1974 | 4-dr | PM41U4D206775 | 3945.00 | 2 |
| 1794 | Ply | 1974 | 4-dr | PM41U4D185876 | 3945.00 | 3 |
| 1803 | Ply | 1973 | 4-dr | PM41U3D223599 | 3961.00 | 2 |
| 1814 | Ply | 1974 | 4-dr | PM41U4D185847 | 3945.00 | 3 |
| 1823 | Ply | 1973 | 4-dr | PM41U3D223601 | 3961.00 | 3 |
| 1834 | Ply | 1974 | 4-dr | PM41U4D185842 | 3945.00 | 3 |
| 1843 | Ford | 1973 | 4-dr | 3P53C152478 | 3947.29 | 3 |
| 1853 | Ford | 1973 | 4-dr | 3P53C155584 | 3947.29 | 2 |
| 1863 | Ply | 1973 | 4-dr | PM41U3D223624 | 3961.00 | 2 |
| 1864 | Ply | 1974 | 4-dr | PM41U4D185895 | 3945.00 | 1 |
| 1873 | Ply | 1973 | 4-dr | PM41U3D223606 | 3961.00 | 2 |
| 1884 | Ply | 1974 | 4-dr | PM41U4D185877 | 3945.00 | 3 |
| 1893 | Ford | 1973 | 4-dr | 3P53C155585 | 3947.29 | 3 |
| 1904 | Ply | 1974 | 4-dr | PM41U4D210192 | 3945.00 | 3 |
| 1913 | Ply | 1973 | 4-dr | PM41U3D223630 | 3961.00 | 3 |
| 1934 | Ply | 1974 | 4-dr | PM41U4D185863 | 3945.00 | 3 |
| 1944 | Ply | 1974 | 4-dr | PM41U4D206762 | 3945.00 | 3 |
| 1964 | Ply | 1974 | 4-dr | PM41U4D185840 | 3945.00 | 3 |
| 1974 | Ply | 1974 | 4-dr | PM41U4D206752 | 3945.00 | 2 |
| 1983 | Ply | 1973 | 4-dr | PM41U3D223578 | 3961.00 | 2 |
| 1994 | Ply | 1974 | 4-dr | PM41U4D206755 | 3945.00 | 3 |
| 2004 | Ply | 1974 | 4-dr | PM41U4D185843 | 3945.00 | 3 |
| 2009 | Ford | 1969 | Van | E35GHD47604 | 2703.81 | 2 |
| 2013 | Ply | 1973 | 4-dr | PM41U3D223628 | 3961.00 | 2 |
| 2024 | Ply | 1974 | 4-dr | PM41U4D185846 | 3945.00 | 3 |
| 2033 | Ply | 1973 | 4-dr | PM41U3D223620 | 3961.00 | 3 |
| 2043 | Ford | 1973 | 4-dr | 3P53C152479 | 3947.29 | 3 |
| 2044 | Ply | 1974 | 4-dr | PM41U4D185901 | 3945.00 | 3 |
| 2054 | Ply | 1974 | 4-dr | PM41U4D185848 | 3945.00 | 1 |
| 2064 | Ply | 1974 | 4-dr | PM41U4D185854 | 3945.00 | 2 |
| 2074 | Ply | 1974 | 4-dr | PM41U4D185875 | 3945.00 | 3 |
| 2084 | Ply | 1974 | 4-dr | PM41U4D206772 | 3945.00 | 2 |
| 2094 | Ply | 1974 | 4-dr | PM41U4D185862 | 3945.00 | 3 |
| ~~2113~~ | ~~Ford~~ | ~~1973~~ | ~~4-dr~~ | ~~[illegible]~~ | ~~3947.29~~ | ~~3~~ |
| 2124 | Ply | 1974 | 4-dr | PM41U4D185860 | 3945.00 | 3 |
| 2134 | Ply | 1974 | 4-dr | PM41U4D185858 | 3945.00 | 2 |
| 2144 | Ply | 1974 | 4-dr | PM41U4D185866 | 3945.00 | 3 |
| 2154 | Ply | 1974 | 4-dr | PM41U4D185844 | 3945.00 | 3 |
| 2161 | Ford | 1971 | 4-dr | 1P53P192343 | 3986.78 | 2 |
| 2164 | Ply | 1974 | 4-dr | PM41U4D185886 | 3945.00 | 3 |
| 2174 | Ply | 1974 | 4-dr | PM41U4D185883 | 3945.00 | 3 |
| 2183 | Ply | 1973 | 4-dr | PM41U3D223623 | 3961.00 | 2 |

MONTANA HIGHWAY PATROL BUREAU

Page 3, continued.

| M.H.P. | MAKE | YEAR | MODEL | MOTOR NO. | COST | INS. DIST. |
|---|---|---|---|---|---|---|
| 2223 | Ford | 1973 | 4-dr | 3P53C155587 | $3961.00 | 3 |
| 2224 | Ply | 1974 | 4-dr | PM41U4D185870 | 3945.00 | 3 |
| 2242 | Ford | 1972 | 4-dr | 2P53P156208 | 3870.00 | 2 |
| 2253 | Ply | 1973 | 4-dr | PM41U3D223612 | 3961.00 | 3 |
| 2264 | Ply | 1974 | 4-dr | PM41U4D185857 | 3945.00 | 3 |
| 2273 | Ply | 1973 | 4-dr | PM41U3D223581 | 3961.00 | 3 |
| 2284 | Ply | 1974 | 4-dr | PM41U4D206760 | 3945.00 | 3 |
| 2293 | Ply | 1973 | 4-dr | PM41U3D223614 | 3961.00 | 2 |
| 2304 | Ply | 1974 | 4-dr | PM41U4D185892 | 3945.00 | 3 |
| 2312 | Ply | 1972 | 4-dr | PM41U2D242041 | 3885.00 | 2 |
| 2324 | Ply | 1974 | 4-dr | PM41U4D206774 | 3945.00 | 2 |
| 2332 | Ply | 1972 | 4-dr | PM41U2D242046 | 3885.00 | 2 |
| 2344 | Ply | 1974 | 4-dr | PM41U4D185850 | 3945.00 | 3 |
| 2353 | Ply | 1973 | 4-dr | PM41U3D223610 | 3961.00 | 3 |
| 2364 | Ply | 1974 | 4-dr | PM41U4D185903 | 3945.00 | 3 |
| 2374 | Ply | 1974 | 4-dr | PM41U4D185893 | 3945.00 | 3 |
| 2392 | Ply | 1972 | 4-dr | PM41U2D242030 | 3885.00 | 2 |
| 2403 | Ford | 1973 | 4-dr | 3P53C155592 | 3961.00 | 1 |
| 2414 | Ply | 1974 | 4-dr | PM41U4D185837 | 3945.00 | 2 |
| 2423 | Ply | 1973 | 4-dr | PM41U3D223588 | 3961.00 | 2 |
| 2424 | Ply | 1974 | 4-dr | PM41U4D185882 | 3945.00 | 3 |
| 2434 | Ply | 1974 | 4-dr | PM41U4D185841 | 3945.00 | 3 |
| 2443 | Ply | 1973 | 4-dr | PM41U3D223619 | 3961.00 | 3 |
| 2454 | Ply | 1974 | 4-dr | PM41U4D185891 | 3945.00 | 3 |
| 2463 | Ply | 1973 | 4-dr | PM41U3D223587 | 3961.00 | 1 |
| 2474 | Ply | 1974 | 4-dr | PM41U4D185853 | 3945.00 | 3 |
| 2484 | Ply | 1974 | 4-dr | PM41U4D185885 | 3945.00 | 3 |
| 2494 | Ply | 1974 | 4-dr | PM41U4D185852 | 3945.00 | 3 |
| 2503 | Ply | 1973 | 4-dr | PM41U3D223591 | 3961.00 | 3 |
| 2514 | Ford | 1974 | 4-dr | 4J53C143213 | 4386.70 | 3 |
| 2524 | Ply | 1974 | 4-dr | PM41U4D185874 | 3945.00 | 1 |
| 2534 | Ply | 1974 | 4-dr | PM41U4D185871 | 3945.00 | 2 |
| 2543 | Ply | 1973 | 4-dr | PM41U3D223580 | 3961.00 | 1 |
| 2553 | Ply | 1973 | 4-dr | PM41U3D223590 | 3961.00 | 3 |
| 2564 | Ply | 1974 | 4-dr | PM41U4D185869 | 3945.00 | 3 |
| 2574 | Ply | 1974 | 4-dr | PM41U4D185845 | 3945.00 | 3 |
| 2584 | Ply | 1974 | 4-dr | PM41U4D185861 | 3945.00 | 3 |
| 2594 | Ply | 1974 | 4-dr | PM41U4D185868 | 3945.00 | 3 |
| 2603 | Ply | 1973 | 4-dr | PM41U3D223583 | 3961.00 | 2 |
| 2614 | Ply | 1974 | 4-dr | PM41U4D206748 | 3945.00 | 2 |
| 2624 | Ply | 1974 | 4-dr | PM41U4D185900 | 3945.00 | 3 |
| 2634 | Ford | 1974 | 4-dr | 4J53C146512 | 4386.70 | 2 |
| 2644 | Ply | 1974 | 4-dr | PM41U4D185867 | 3945.00 | 2 |
| 2653 | Ford | 1973 | 4-dr | 3P53C155590 | 3985.42 | 3 |
| 2664 | Ply | 1974 | 4-dr | PM41U4D185865 | 3945.00 | 3 |
| 2674 | Ply | 1974 | 4-dr | PM41U4D185880 | 3945.00 | 3 |
| 2683 | Ply | 1973 | 4-dr | PM41U3D223579 | 3961.00 | 3 |
| 2694 | Ford | 1974 | 4-dr | 4J53C149947 | 4386.70 | 3 |
| 2703 | Ply | 1973 | 4-dr | PM41U3D223617 | 3961.00 | 2 |
| 2713 | Ply | 1973 | 4-dr | PM41U3D223608 | 3961.00 | 3 |
| 2723 | Ply | 1973 | 4-dr | PM41U3D223585 | 3961.00 | 3 |
| 2733 | Ply | 1973 | 4-dr | PM41U3D223594 | 3961.00 | 3 |
| 2743 | Ply | 1973 | 4-dr | PM41U3D223613 | 3961.00 | 2 |
| 2764 | Ford | 1974 | 4-dr | 4J53C143214 | 4386.70 | 2 |
| 2773 | Ford | 1973 | 4-dr | 3P53C155593 | 3947.29 | 1 |
| 2783 | Ford | 1973 | 4-dr | 3P53C155591 | 3947.29 | 1 |
| 2804 | Ply | 1974 | 4-dr | PM41U4D185859 | 3945.00 | 3 |

MONTANA HIGHWAY PATROL BUREAU
Page 4, continued

| M.H.P. | MAKE | YEAR | MODEL | MOTOR NO. | COST | INS. DIST. |
|---|---|---|---|---|---|---|
| 2834 | Ply | 1974 | 4-dr | PM41U4D185839 | 3945.00 | 3 |
| 2844 | Ply | 1974 | 4-dr | PM41U4D185902 | 3945.00 | 3 |
| 2853 | Ply | 1973 | 4-dr | PM41U3D223621 | 3961.00 | 3 |
| 2864 | Ford | 1974 | 4-dr | 4J53C144949 | 4386.70 | 3 |
| 2872 | Ply | 1972 | 4-dr | PM41U2D242055 | 3885.00 | 1 |
| 2883 | Ford | 1973 | 4-dr | 3P53C155583 | 3947.29 | 2 |
| 2894 | Ford | 1974 | 4-dr | 4J53C143216 | 4386.70 | 2 |
| 2903 | Ply | 1973 | 4-dr | PM41U3D223592 | 3961.00 | 2 |
| 2911 | Chev | 1971 | 4-dr | 156691C184950 | 3857.14 | 3 |
| 2922 | Ply | 1972 | 4-dr | PM41U2D242029 | 3885.00 | 1 |
| 2933 | Ply | 1973 | 4-dr | PM41U3D223584 | 3961.00 | 3 |
| 2954 | Ply | 1974 | 4-dr | PM41U4D185887 | 3945.00 | 1 |
| 2974 | Ply | 1974 | 4-dr | PM41U4D185884 | 3945.00 | 3 |
| 3004 | Ply | 1974 | 4-dr | PM41U4D206770 | 3945.00 | 2 |
| 3013 | Ford | 1973 | 4-dr | 3P53C167006 | 3935.00 | 3 |
| 3023 | Ford | 1973 | 4-dr | 3P53C167007 | 3935.00 | 2 |
| 3033 | Ford | 1973 | 4-dr | 3P53C167014 | 3935.00 | 3 |
| 3043 | Ford | 1973 | 4-dr | 3P53C167011 | 3935.00 | 3 |
| 3053 | Ford | 1973 | 4-dr | 3P53C167003 | 3935.00 | 3 |
| 3063 | Ford | 1973 | 4-dr | 3P53C167018 | 3935.00 | 2 |
| 3073 | Ford | 1973 | 4-dr | 3P53C167012 | 3935.00 | 3 |
| 3083 | Ford | 1973 | 4-dr | 3P53C167013 | 3935.00 | 3 |
| 3093 | Ford | 1973 | 4-dr | 3P53C167009 | 3935.00 | 1 |
| 3103 | Ford | 1973 | 4-dr | 3P53C167030 | 3935.00 | 3 |
| 3113 | Ford | 1973 | 4-dr | 3P53C167019 | 3935.00 | 3 |
| 3123 | Ford | 1973 | 4-dr | 3P53C167002 | 3935.00 | 3 |
| 3133 | Ford | 1973 | 4-dr | 3P53C167020 | 3935.00 | 3 |
| 3143 | Ford | 1973 | 4-dr | 3P53C167025 | 3935.00 | 3 |
| 3153 | Ford | 1973 | 4-dr | 3P53C167028 | 3935.00 | 3 |
| 3163 | Ford | 1973 | 4-dr | 3P53C167024 | 3935.00 | 3 |
| 3173 | Ford | 1973 | 4-dr | 3P53C167017 | 3935.00 | 1 |
| 3183 | Ford | 1973 | 4-dr | 3P53C167023 | 3935.00 | 3 |
| 3193 | Ford | 1973 | 4-dr | 3P53C167004 | 3935.00 | 1 |
| 3203 | Ford | 1973 | 4-dr | 3P53C167027 | 3935.00 | 3 |
| 3213 | Ford | 1973 | 4-dr | 3P53C167029 | 3935.00 | 3 |
| 3223 | Ford | 1973 | 4-dr | 3P53C167021 | 3935.00 | 2 |
| 3233 | Ford | 1973 | 4-dr | 3P53C167016 | 3935.00 | 1 |
| 3243 | Ford | 1973 | 4-dr | 3P53C167026 | 3935.00 | 3 |
| 3253 | Ford | 1973 | 4-dr | 3P53C167010 | 3935.00 | 1 |
| 3263 | Ford | 1973 | 4-dr | 3P53C167031 | 3935.00 | 3 |
| 3273 | Ford | 1973 | 4-dr | 3P53C167008 | 3935.00 | 3 |
| 3283 | Ford | 1973 | 4-dr | 3P53C167005 | 3935.00 | 1 |
| 3293 | Ford | 1973 | 4-dr | 3P53C167022 | 3935.00 | 3 |
| 3303 | Ford | 1973 | 4-dr | 3P53C167015 | 3935.00 | 3 |
| 3334 | Chev | 1974 | Blazer | CKY184F169241 | 4992.59 | 2 |
| 3394 | Ply | 1974 | 4-dr | PM41U4D206749 | 3945.00 | 3 |
| 3414 | Ply | 1974 | 4-dr | PM41U4D206771 | 3945.00 | 2 |
| 3434 | Ply | 1974 | 4-dr | PM41U4D206767 | 3945.00 | 2 |
| 3454 | Ply | 1974 | 4-dr | PM41U4D185897 | 3945.00 | 2 |
| 3464 | Ply | 1974 | 4-dr | PM41U4D206757 | 3945.00 | 3 |
| 3474 | Ply | 1974 | 4-dr | PM41U4D206766 | 3945.00 | 3 |
| 3494 | Ply | 1974 | 4-dr | PM41U4D206769 | 3945.00 | 1 |
| 3062 | Dodge | 1972 | 4-dr | DL41K2D330855 | 3709.85 | 2 |
| 3082 | Dodge | 1972 | 4-dr | DL41K2D331051 | 4036.10 | 2 |
| 3092 | Ford | 1972 | 4-dr | 2P54S167810 | 4149.60 | 2 |
| 3112 | Ford | 1972 | 4-dr | 2P54S140402 | 4149.60 | 2 |
| 3132 | Ford | 1972 | 4-dr | 2G34H163178 | 4149.60 | 2 |
| 3142 | Olds | 1972 | 4-dr | 3L69T2M574923 | 4247.14 | 2 |

MONTANA HIGHWAY PATROL BUREAU


| M.H.P. | MAKE | YEAR | MODEL | MOTOR NO. | COST | INS. DIST. |
|---|---|---|---|---|---|---|
| | Ply | 1974 | 4-dr | PM41U4D206773 | $3945.00 | 2 |
| | Ply | 1974 | 4-dr | PM41U4D206768 | 3945.00 | 2 |
| | Ford | 1974 | 4-dr | 4J53C146513 | 4386.70 | 1 |
| | Ply | 1974 | 4-dr | PM41U4D206758 | 3945.00 | 2 |
| | Ply | 1974 | 4-dr | PM41U4D206763 | 3945.00 | 2 |

129,367

## TOMO MEDICAL PAYMENTS INSU E CO GE PART

**Effective July 1, 1970** **ENDORSEMENT #8 A**

SCHEDULE

General—Automobile Liability Policy No. SA **PB 250001**

| DESIGNATED PERSON INSURED | ADVANCE PREMIUM |
|---|---|
| State of Montana | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| Total Advance Premium | $ included |

DESIGNATION OF AUTOMOBILES—Division 1

(1) ☐ Any owned automobile
(2) ☐ Any hired automobile
(3) ☐ Any licensed owned private passenger automobile
(4) ☐ Any automobile described in the schedule and designated "M.P."
(5) ☐ Any non-owned automobile
(6) [X any private passenger automobile, bus, or truck
Limit of Liability $1,000. each person

### I. COVERAGE F—AUTOMOBILE MEDICAL PAYMENTS

The company will pay all reasonable medical expense incurred within one year from the date of the accident

**Division 1.** to or for each person who sustains bodily injury, caused by accident, while occupying a designated automobile which is being used by a person for whom bodily injury liability insurance is afforded under this policy with respect to such use;

**Division 2.** to or for each insured who sustains bodily injury, caused by accident, while occupying or, while a pedestrian, through being struck by a highway vehicle.

**Exclusions**

This insurance does not apply:

(a) to bodily injury to any person or insured while employed or otherwise engaged in duties in connection with an automobile business, if benefits therefor are in whole or in part either payable or required to be provided under any workmen's compensation law;

(b) to bodily injury due to war, whether or not declared, civil war, insurrection, rebellion or revolution, or to any act or condition incident to any of the foregoing;

(c) under Division 1, to bodily injury to any employee of the named insured arising out of and in the course of employment by the named insured, but this exclusion does not apply to any such bodily injury arising out of and in the course of domestic employment by the named insured unless benefits therefor are in whole or in part either payable or required to be provided under any workmen's compensation law;

(d) under Division 2 to bodily injury sustained while occupying a highway vehicle owned by any insured, or furnished for the regular use of any insured by any person or organization other than the named insured.

### II. PERSONS INSURED—DIVISION 2.

Each of the following is an insured under this insurance to the extent set forth below:

(a) any person designated as insured in the schedule

(b) while residents of the same household as such designated person, his spouse and the relatives of either;

and if such designated person shall die, any person who was an insured at the time of such death shall continue to be an insured.

### III. LIMIT OF LIABILITY

The limit of liability for Automobile Medical Payments Coverage stated above ~~in the declarations~~ as applicable to "each person" is the limit of the company's liability for all medical expense for bodily injury to any person, including any insured, as the result of any one accident.

When more than one medical payments coverage afforded by this policy applies to the loss, the company shall not be liable for more than the amount of the highest applicable limit of liability.

### IV. ADDITIONAL DEFINITIONS

The additional definitions applicable to automobile bodily injury liability insuranc also apply to this insurance, and when used in reference to this insurance (includin endorsements forming a part of the policy).

"designated automobile" means an automobile designated in the schedule an includes

(a) an automobile not owned by the named insured while temporarily used as substitute for an owned automobile designated in the schedule when with drawn from normal use for servicing or repair or because of its breakdown loss or destruction; and

(b) a trailer designed for use with a private passenger automobile, if not being used for business purposes with another type automobile and if not a home office, store, display or passenger trailer;

"highway vehicle" means a land motor vehicle or trailer other than

(a) a farm type tractor or other equipment designed for use principally off public roads, while not upon public roads,

(b) a vehicle operated on rails or crawler treads, or

(c) a vehicle while located for use as a residence or premises,

"medical expense" means expenses for necessary medical, surgical, x-ray and dental services, including prosthetic devices, and necessary ambulance, hospital, professional nursing and funeral services;

"occupying" means in or upon or entering into or alighting from

### V POLICY PERIOD; TERRITORY

This insurance applies only to accidents which occur during the policy period within the territory described in paragraph (1) or (2) of the definition of "policy territory".

### VI. ADDITIONAL CONDITIONS

**A. Medical Reports; Proof and Payment of Claim**

As soon as practicable the injured person or someone on his behalf shall give to the company written proof of claim, under oath if required, and shall, after each request from the company execute authorization to enable the company to obtain medical reports and copies of records. The injured person shall submit to physical examination by physicians selected by the company when and as often as the company may reasonably require. The company may pay the injured person or any person or organization rendering the services and such payment shall reduce the amount payable hereunder for such injury. Payment hereunder shall not constitute an admission of liability of any person or, except hereunder, of the company.

**B. Excess Insurance**

Except with respect to an owned automobile, the insurance under Division 1 shall be excess insurance over any other valid and collectible automobile medical payments or automobile medical expense insurance.

The insurance under Division 2 shall be excess insurance over any other valid and collectible automobile medical payments or automobile medical expense insurance available to the insured under any other policy.

PS 6431 (7-72)

CASUALTY

## ENDORSEMENT #9

This endorsement, effective May 31, 1974 (12 01 A. M., standard time), forms a part of policy No. PE 250001

issued to State of Montana

by National Indemnity Company

It is hereby understood and agreed that exclusion (g) as it applies to the contract is hereby voided and replaced with the following:

(g) to property damage to
  (1) property owned or occupied by or rented to the insured,
  (2) property used by the insured, or
  (3) property in the care, custody or control of the insured or as to which the insured is for any purpose exercising physical control;

but this exclusion (g) does not apply (provided the insured has not assumed liability under any contract or agreement), to property damage to structures or portions thereof rented to or occupied by the insured, including fixtures permanently attached thereto, arising out of fire;

All other conditions of the contract remain the same.

All other terms and conditions of this policy remain unchanged.

Authorized Representative

PS 6631 (7-72)

CASUALTY

ENDORSEMENT #9A (In Lieu of Endorsement #9)

This endorsement, effective May 31, 1974 (12:01 A.M. standard time), forms a part of policy No PE 250001

issued to STATE OF MONTANA

by NATIONAL INDEMNITY COMPANY

It is hereby understood and agreed that exclusion (g) as it applies to the contract is hereby voided and replaced with the following:

(g) To property damage to
- (1) Property owned or occupied by or rented to the insured,
- (2) Property used by the insured, or
- (3) Property in the care, custody or control of the insured or as to which the insured is for any purpose exercising physical control;

but this exclusion (g) does not apply (provided the insured has not assumed liability under any contract or agreement), to property damage to structures or portions thereof rented to or occupied by the insured, including fixtures permanently attached thereto, arising out of fire; parts (2) and (3) of this exclusion do not apply with respect to liability under a written sidetrack agreement and part (3) of this exclusion does not apply with respect to property damage (other than to elevators) arising out of the use of an elevator at premises owned by, rented to or controlled by the named insured.

All other terms and conditions of this policy remain unchanged.

CASUALTY

PS 6631 (7-72)

# ENDORSEMENT #10

This endorsement, effective 7-1-74 (12.01 A. M., standard time), forms a part of policy No. PE 250001

issued to State of Montana

by National Indemnity Company

In consideration of a premium to be determined at audit, it is hereby agreed that Drivers Training and Leased Automobiles are afforded the following Coverages:

COMPREHENSIVE AUTOMOBILE LIABILITY

| | | |
|---|---|---|
| Bodily Injury and Property Damage | $1,000,000. | each occurrence |
| | $1,000,000. | aggregate |
| Medical Payments | $ 2,000. | each person |
| Uninsured Motorist | $ 10,000. | each person |
| | $ 20,000. | each accident |

AUTOMOBILE PHYSICAL DAMAGE

ACV Comprehensive
$100. Deductible Collision

All other terms and conditions of this policy remain unchanged.

PS 6621 (7-72)

UALTY

ENDORSEMENT # 11

This endorsement, effective July 16, 1974 (12.01 A. M., standard time), forms a part of policy No. PE 250001

ed to State of Montana

National Indemnity Company

In consideration of a premium to be determined at audit, it is agreed that the following vehicle is added to the policy:

1974 International Scoumt II 4 X 4 Including Travel Top

COVERAGES:

| | | |
|---|---|---|
| Bodily Injury | $1,000,000. | each occurrence |
| Property Damage | $1,000,000. | aggregate |
| ACV Comprehensive | | |
| $100. Deductible Collision | | |

It is agreed that loss, if any, is payable to the named insured and Bobcat Booster's Club, Bozeman, Montana, as their interests may appear with respect to the above vehicle.

All other terms and conditions of this policy remain unchanged.

.............. Authorized Representative ................

CASUALTY

PS 6631 (7-72)

## ENDORSEMENT #12

This endorsement, effective July 1, 1974 (12 01 A. M., standard time), forms a part of policy No. PL 250001

issued to State of Montana

by National Indemnity Company

In consideration of an additional premium to be determined at audit, it is agreed that the following vehicle is added to the policy:

1974 Gran Torino #4H31F219265 PPT Cost New: $4,532.

COVERAGES: Bodily Injury $1,000,000. each occurrence
Property Damage $1,000,000. aggregate
ACV Comprehensive
$100. Deductible Collision

It is further agreed that Dealey Johnson Ford is named as an additional insured with respect to the coverages afforded the above vehicle.

All other terms and conditions of this policy remain unchanged

CASUALTY PS 6621 (7-72)

ENDORSEMENT #13

This endorsement, effective July 1, 1974 (12.01 A.M., standard time), forms a part of policy No. PE 250001

issued to State of Montana

by National Indemnity Company

In consideration of an additional premium to be determined by audit, it is hereby agreed that the following vehicles are added to the policy:

1969 Chevrolet 3/4 T. Pickup with Camper Top (Shell only) $3,660.
1969 Chevrolet Blazer $3,126.

Coverages:

| | |
|---|---|
| Bodily Injury & | $1,000,000. each occurrence |
| Property Damage | $1,000,000. aggregate |
| ACV Comprehensive | |
| $100. Deductible Collision | |

All other terms and conditions of this policy remain unchanged.

PS 6631 (7-72)

CASUALTY

AMENDATORY ENDORSEMENT #14
(COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE) ( PERSONS INSURED)

This endorsement, effective July 1, 1974 (12 01 A. M., Standard time), forms a part of policy No. PE-25001

issued to State of Montana

by National Indemnity Company

The following amendments apply to this policy:

Sec. II. "Persons Insured"

para. (b) Is amended to read:

Any elected or appointed official or employee of the NAMED INSURED, but with respect to a NON-OWNED AUTOMOBILE only while such automobile is being used in the business of the NAMED INSURED:

NONE OF THE FOLLOWING IS AN INSURED: - amendments:

(ii) The owner or lessee (of whom the NAMED INSURED is a sublessee) of a hired automobile or any agent or employee of any such owner or lessee;

(iii) Deleted.

All other provisions of Section II PERSONS INSURED as well as all other terms and conditions of this policy remain unchanged.

All other terms and conditions of this policy remain unchanged

Authorized Representative

CASUALTY

PS 6631 (7-72)

## ENDORSEMENT #15

This endorsement, effective December 3, 1974 (12:01 A.M. standard time), forms a part of policy No. PE 25001

issued to State of Montana

by National Indemnity Company

It is agreed that Automobile Medical Payments Insurance Coverage Part designated as Endorsement #8 is hereby designated Endorsement #8A.

All other terms and conditions of this policy remain unchanged

CASUALTY

PS 6631 (7-72)

## ENDORSEMENT #16

This endorsement, effective 9/17/74 standard time, forms a part of policy No. PE 250001

issued to STATE OF MONTANA

by NATIONAL INDEMNITY COMPANY

In consideration of a premium to be determined by audit, it is agreed that the following vehicle is added to the policy:

1974 AMC Matador 4 Dr. Sedan # A4A147H $5200.

(Or any replacement thereof of similar kind and value)

COVERAGE:

| | |
|---|---|
| Bodily Injury & | $1,000,000 Each Occurrence |
| Property Damage | $1,000,000 Aggregate |
| ACV Comprehensive | |
| $100. Deductible Collision | |

Additional Insured with respect to the above vehicle: Gallatin Leasing, Inc.
Bozeman, Montana

All other terms and conditions of this policy remain unchanged

ASUALTY

PS 6631 (7-72)

# ENDORSEMENT #17

This endorsement, effective October 9, 1974 (12:01 A.M., standard time), forms a part of policy No. PE 250001

ssued to STATE OF MONTANA

f NATIONAL INDEMNITY COMPANY

In consideration of a premium to be determined by audit, it is agreed that the following vehicle is added to the policy for $250. Deductible collision:

1970 International Van Truck (Bookmobile) - Cost new $17,000.

All other terms and conditions of this policy remain unchanged

PS 6631 (7-72)

CASUALTY

ENDORSEMENT #18

This endorsement, effective (12:01 A.M. standard time) 12-17-74, forms a part of policy No. PE 250001

issued to STATE OF MONTANA

by NATIONAL INDEMNITY COMPANY

In consideration of an additional premium to be determined by audit, it is agreed that the following vehicle is added to the policy:

1975 Pontiac 4 dr. 2L69S5X103824

(or any replacement thereof of like kind and value)

COVERAGE:

| | |
|---|---|
| Bodily Injury & Property Damage | 1,000,000 Each Occurrence<br>1,000,000 Aggregate |
| ACV Comprehensive | |
| $100. Deductible Collision | |

Additional Insured with respect to the above vehicle: Robert F. Dye, Inc. Bozeman, Montana

All other terms and conditions of this policy remain unchanged

CASUALTY

## ENDORSEMENT #19

This endorsement, effective See Below (12:01 A. M., standard time) forms a part of policy No. PE 250001

issued to State of Montana

by National Indemnity Company

In consideration of an additional premium of $1366., it is agreed that a premium charge is being made for Comprehensive and Collision Coverages afforded the following vehicles:

| | Coverages | Annual | Additional |
|---|---|---|---|
| Added effective 7-16-74(Endorsement #11) | | | |
| 1974 International Scout 4 x 4 with Travel Top #4S8SODGD32372 | ACV Comp. | 27. | 26. |
| | $100. D.Coll. | 85. | 82. |
| Added effective 7-1-74(Endorsement #12,13) | | | |
| 1974 Gran Torino #4H31F219265 | ACV Comp. | 129. | 129. |
| | $100. D. Coll. | 167. | 167. |
| 1969 Chev. 3/4 T. Pickup KE2492890875 | ACV Comp. | 17. | 17. |
| | $100. D. Coll. | 76. | 76. |
| 1969 Chev. Blazer BKS149S890110 | ACV Comp. | 13. | 13. |
| | $100. D. Coll. | 60. | 60. |
| Added effective 9-17-74(Endorsement #16) | | | |
| 1974 AMC Matador 4 dr Sedan A4A147H | ACV Comp. | 168. | 132. |
| | $100. D. Coll. | 194. | 152. |
| Added effective 10-9-74(Endorsment #17) | | | |
| 1970 International Van Truck (Bookmobile) #41606PH971342 | $250. D. Coll. | 278. | 202. |
| Added Effective 12-17-74(Endorsement #18) | | | |
| 197[illegible] Pontiac 4 dr. 2L69S5X103824 | ACV Comp. | 282. | 151. |
| | $100. D. Coll. | 296. | 159. |

All other terms and conditions of this policy remain unchanged

[illegible] CASUALTY

**ENDORSEMENT #2C**

This endorsement, effective 7/1/75 (12:01 A.M. standard time) forms a part of policy No. PZ230001

issued to **State of Montana**

by **National Indemnity Company**

**STOP-GAP ENDORSEMENT**

In consideration of an additional premium of $10., it is agreed that if, under any circumstances, it is determined that any employee of the insured who is reported and declared under the workmen's compensation law of MONTANA is injured in the course of his employment but is not entitled to receive (or elects not to accept) the benefits provided by the aforementioned law, then this policy shall cover the legal liability of the insured for such bodily injury, disease, or death.

The company's liability under this endorsement on account of bodily injury, disease, or death of one person, including damages for care and loss of services, as the result of one occurrence, is limited to the sum of ONE-HUNDRED THOUSAND DOLLARS ($100,000.), and, subject to the same limit for each person, the company's total liability for bodily injury, disease, or death as a result of one occurrence is limited to the sum of ONE-HUNDRED THOUSAND DOLLARS ($100,000.).

The insurance granted by this endorsement shall not apply to:

(a) bodily injury, disease or death suffered or caused by any employee other than Douglas J. Dellhopf;

(b) aircraft operation or the performance of any duty in connection with aircraft while in flight;

(c) any premium, assessment, penalty, fine, or other obligation imposed by any workmen's compensation law;

(d) any claim for bodily injury, disease, or death with respect to which the insured is deprived of any defense or defenses or is otherwise subject to penalty because of default in premium payment under, or any other failure to comply with the provisions of the workmen's compensation law of the state above named;

(e) liability assumed by the insured under contract or agreement;

(f) punitive or exemplary damages on account of bodily injury to or death of any employee employed in violation of law;

(g) injury to any employee employed in violation of law with the knowledge or acquiescence of the insured.

Home off. [illegible]
State of Montana [illegible]

All other terms and conditions of this policy remain unchanged

[illegible] APR 18 1975 [illegible]

Authorized Representative

CASUALTY

# ENDORSEMENT #21

This endorsement, effective **April 20, 1975** (12:01 A.M. standard time) forms a part of policy No **PK290001**

issued to **State of Montana**

by **National Indemnity Company**

In consideration of an additional premium of $120., it is agreed that the following Driver Education motorcycles are added to the policy:

5 Hondas - Model XL 100 - 100cc
5 Hondas - Model XL 125 - 125cc
1 Honda - Model MT 125 - 125cc
2 Yamaha - Model DT 100 - 100cc
2 Yamaha - Model DT 125 - 125cc

Coverage shall be provided on the following eight days:

Sunday, April 20, 1975
Sunday, April 27, 1975
Sunday, May 4, 1975
Sunday, May 11, 1975
Sunday, May 18, 1975
Sunday, May 25, 1975
Sunday, June 1, 1975
Sunday, June 8, 1975

| Coverages | Prem Per Unit |
|---|---|
| $1,000,000 CSL (BI & PD) | 4. |
| $ 700 Fire & Theft | 1. |
| $ 50 Ded. Coll. | 3. |

All other terms and conditions of this policy remain unchanged

CASUALTY

# ENDORSEMENT #21A

This endorsement, effective April 20, 1975 (12 01 A M, standard time) forms a part of policy No. PE 250001

issued to State of Montana

by National Indemnity Company

It is hereby understood and agreed that Endorsement #21 is deleted and the following is substituted:

Rates from April 20, 1975 to June 9, 1975 covering 15 motorcycles are as follows:

| Coverages | Rates Per Motorcycle |
|---|---|
| $1,000,000 CSL (BI & PD) | $27. |
| $ 700 Fire and Theft | $2. |
| $ 50 Deductible Collision | $21. |

Additional Premium for the 15 motorcycles is $750.00.

All other terms and conditions of this policy remain unchanged

CASUALTY

## ENDORSEMENT #22

This endorsement, effective April 20, 1975 (12:01 A.M. standard time) forms a part of policy No PE 250001

issued to State of Montana

by National Indemnity Company

In consideration of an additional premium of $120., it is agreed that the following Driver Education motorcycles are added to the policy:

5 Hondas - Model XL 100 - 100cc
5 Hondas - Model XL125 - 125cc
1 Honda - Model MT 125 - 125cc
2 Yamaha - Model DT 100 - 100cc
2 Yamaha - Model DT 125 - 125cc

Coverage shall be provided on the following eight days:

Sunday, April 20, 1975
Sunday, April 27, 1975
Sunday, May 4, 1975
Sunday May 11, 1975
Sunday, May 18, 1975
Sunday, May 25, 1975
Sunday, June 1, 1975
Sunday, June 8, 1975

| Coverages | Rates Per Unit |
|---|---|
| $1,000,000 CSL (BI & PD) | $4. |
| $ 700 Fire & Theft | $1. |
| $ 50 Ded. Collision | $3. |

All other terms and conditions of this policy remain unchanged

CASUALTY

## ENDORSEMENT #23

This endorsement, effective see below (12:01 A.M., standard time) forms a part of policy No. PE 250001

issued to State of Montana

by National Indemnity Company

In consideration of an additional premium of $45., it is agreed that the following leased vehicles are hereby added to the policy:

Effective April 15, 1975 to July 1, 1975

1974 Chevrolet 3/4 T. Pickup - Fleetside #CCY244F326369

| Coverages | Annual Premium | Additional Premium |
|---|---|---|
| Bodily Injury & Property Damage | ----- | Subject to Audit |
| ACV Comp. | 27. | 6. |
| $100. D. Collision | 85. | 18. |

Effective May 1, 1975 to July 1, 1975

1967 Ford F-600 16 passenger Bus #F60ERB17965

| Coverages | Annual Premium | Additional Premium |
|---|---|---|
| Bodily Injury & Property Damage | ----- | Subject to Audit |
| ACV Comp. | 28. | 5. |
| $100. D. Coll. | 93. | 16. |

All other terms and conditions of this policy remain unchanged

DEC 31 1975

CASUALTY

## ENDORSEMENT #24

This endorsement, effective 7-1-75 (12 01 A M standard time) forms a part of policy No PE 250001

issued to State of Montana

by National Indemnity Company

The Final Audit for Automobile Liability for the period from 7-1-74 to 7-1-75 results in an additional premium of $11,242.

HARNLEY
RECEIVED #1 DEC 31 1975

All other terms and conditions of this policy remain unchanged