IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NATIONAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANZ GLOBAL RISKS U.S. INSURANCE COMPANY, as successor-in-interest to GENERAL FIRE AND CASUALTY COMPANY; and VIAD CORPORATION, as successor-in-interest to GENERAL FIRE AND CASUALTY COMPANY;<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 8:23-cv-322<br><br><br><br>**DECLARATION OF JUDY HARNADEK** |

COMES NOW the Declarant, Judy Harnadek, and makes this declaration to be filed in the United States District Court for the District of Nebraska as authorized by 28 U.S.C. § 1746.

1. I am Vice President of Resolute Management, Incorporated ("Resolute Management"), am over the age of eighteen, and have personal knowledge of the matters set forth herein.

2. I offer this declaration in support of NICO's brief in opposition to Defendant Viad Corporation's ("Viad") motion to dismiss.

3. Resolute Management functions as NICO's agent for matters involving handling reinsurance claims, including the one that is the subject of this action.

4. In connection with my work as NICO's agent, I exchanged correspondence with James Dorian, Viad's agent retained to assess General Fire & Casualty's reinsurance obligations. A true and correct copy of this exchange is attached to this Declaration as Attachment 1.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this 21 day of November, 2023.

Judy Harnadek

Judy Harnadek, Declarant

4879-1730-5486, v. 1