**From:** Dorion, James
**To:** Judy Harnadek
**Cc:** Kaleta, Jennie
**Subject:** RE: National Indemnity Company v. State of Montana / NICO Policy No: 70 PE 250001 - Fortress Pool Cert 10470
**Date:** Monday, May 22, 2023 6:39:17 PM
**Attachments:** image004.png
image001.png

---

**[CAUTION EXTERNAL EMAIL]**

Hi Judy –

As it seems the unwinding of the Fortress pool was very disorganized, we can't definitively confirm where things stand. While it appears that Viad does not have any current responsibility for certificates fronted by Travelers, it may be responsible for certain non-fronted Fortress Certificates.

Please send us materials describing the current status and quantum of this claim, including what you calculate as the General Fire & Casualty share/potential share. Viad reserves all rights.

Thank You,

Jim

**Jim Dorion**
Claim Advocacy Practice Leader - NA
& Head of Liability Claim Consulting
**WTW**
Brookfield Place | 200 Liberty Street | New York, NY 10281
Direct: 212 915 8917
Mobile: 203 908 1236
James.Dorion@wtwco.com
www.wtwco.com

**From:** Judy Harnadek <jharnadek@resolutemgmt.com>
**Sent:** Wednesday, May 17, 2023 10:10 AM
**To:** Dorion, James <James.Dorion@wtwco.com>
**Cc:** Kaleta, Jennie <JKaleta@ges.com>
**Subject:** RE: National Indemnity Company v. State of Montana / NICO Policy No: 70 PE 250001 - Fortress Pool Cert 10470

Reinsurance Certificate at issue attached here, along with participation lists of Fortress Re pool involvement based on underwriting year (this was provided to us by pool lead – Calvert Fire/Travelers). Please confirm as soon as possible whether or not Viad is responsible. Thank you.

**Judy Harnadek, MBA** | *Vice President*
Resolute Management Inc. | Reinsurance
One Penn Center, 1617 JFK Blvd
Suite 1160, Philadelphia, PA 19103
Tel. +1 (267) 765-6246 | Cell +1 (732) 232-0870
jharnadek@resolutemgmt.com
linkedin.com/resolute | resolutemgmt.com

**Resolute** Management, Inc.

EXHIBIT
1

**From:** Dorion, James <James.Dorion@wtwco.com>
**Sent:** Tuesday, May 16, 2023 3:38 PM
**To:** Judy Harnadek <jharnadek@resolutemgmt.com>
**Cc:** Kaleta, Jennie <JKaleta@ges.com>
**Subject:** FW: National Indemnity Company v. State of Montana / NICO Policy No: 70 PE 250001 - Fortress Pool Cert 10470

**[CAUTION EXTERNAL EMAIL]**

Hi Judy –

My name is Jim Dorion and I've been retained by Viad to help assess General Fire & Casualty reinsurance obligations, some of which remain the responsibility of Viad and some do not. There has been a substantial turnover in Viad's staff and limited records exist. To help me determine the correct answer for the particular situation you are asking about, please send me the available documentation of General Fire & Casualty participation. I will keep the Viad team updated, so there's no need to keep Jennie copied on our further exchanges.

Thanks & Best Regards,

Jim

**Jim Dorion**
Claim Advocacy Practice Leader - NA
& Head of Liability Claim Consulting
**WTW**
Brookfield Place | 200 Liberty Street | New York, NY 10281
Direct: 212 915 8917
Mobile: 203 908 1236
James.Dorion@wtwco.com
www.wtwco.com

**From:** Judy Harnadek <jharnadek@resolutemgmt.com>
**Sent:** Monday, May 15, 2023 3:23 PM
**To:** Jennie Kaleta <JKaleta@ges.com>
**Subject:** RE: National Indemnity Company v. State of Montana / NICO Policy No: 70 PE 250001 - Fortress Pool Cert 10470

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the source of this email and know the content is safe. Use the Outlook Report Message feature to report suspicious emails.

Jennie – This relates to the General Fire line in the Fortress Re Management reinsurance pool. Have you been able to confirm that this is indeed the responsibility of Viad. As noted, NICO was reporting to Julie Strickland for a number of years following the 2016 e-mail below, but I cannot trace any correspondence from Julie in response to the 2016 request for confirmation of involvement. Please advise.

**Judy Harnadek, MBA** | *Vice President*
Resolute Management Inc. | Reinsurance
One Penn Center, 1617 JFK Blvd
Suite 1160, Philadelphia, PA 19103
Tel. +1 (267) 765-6246 | Cell +1 (732) 232-0870
jharnadek@resolutemgmt.com
linkedin.com/resolute | resolutemgmt.com

**Resolute** Management, Inc.

**From:** Jennie Kaleta <JKaleta@ges.com>
**Sent:** Thursday, May 11, 2023 2:58 PM
**To:** Judy Harnadek <jharnadek@resolutemgmt.com>
**Subject:** RE: National Indemnity Company v. State of Montana / NICO Policy No: 70 PE 250001 - Fortress Pool Cert 10470

**[CAUTION EXTERNAL EMAIL]**

Please allow me some time to look into this.
Thanks,
Jennie

**From:** Judy Harnadek <jharnadek@resolutemgmt.com>
**Sent:** Thursday, May 11, 2023 1:53 PM
**To:** Jennie Kaleta <JKaleta@ges.com>
**Subject:** FW: National Indemnity Company v. State of Montana / NICO Policy No: 70 PE 250001 - Fortress Pool Cert 10470

You don't often get email from jharnadek@resolutemgmt.com. Learn why this is important

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the source of this email and know the content is safe. Use the Outlook Report Message feature to report suspicious emails.

Jennie – We had previously reported this matter to Julie, but I cannot find any record of her confirming Viad's involvement. Can you please advise. Thanks.

**Judy Harnadek, MBA** | *Vice President*
Resolute Management Inc. | Reinsurance
One Penn Center, 1617 JFK Blvd
Suite 1160, Philadelphia, PA 19103
Tel. +1 (267) 765-6246 | Cell +1 (732) 232-0870
jharnadek@resolutemgmt.com
linkedin.com/resolute | resolutemgmt.com

**Resolute** Management, Inc.

**From:** Brad Rosen <brosen@berkre.com>
**Sent:** Thursday, May 19, 2016 10:53 AM
**To:** 'rtahmosh@resolutemgmt.com' <rtahmosh@resolutemgmt.com>; 'Jstrickland@viad.com' <Jstrickland@viad.com>; 'Mary_Andreano@Progressive.com' <Mary_Andreano@Progressive.com>; 'andreia.dionizio@irbbrasilre.com' <andreia.dionizio@irbbrasilre.com>; 'Nick.Mose@ctcplc.com' <Nick.Mose@ctcplc.com>; 'CDavis@quest-group.uk' <CDavis@quest-group.uk>
**Cc:** Raj Mehta <rmehta@berkre.com>; jcaprice@resolutemgmt.com
**Subject:** National Indemnity Company v. State of Montana / NICO Policy No: 70 PE 250001 - Fortress Pool Cert 10470

Our Claim Number: 70 25 110607
Ceding Company: National Indemnity Company
Insured: State of Montana
Reinsurers: First of Georgia, General Fire, Progressive, IRB, Asahi, Toyo, Aioi, Taisei
Policy No.: 70 PE 250001

Date of Loss: 7/1/1973 – 7/1/1975 (provisional)

Dear Reinsurer representatives,

I am writing in regards to the above captioned loss. My understanding is that you represent the participants in the Fortress pool that participated in fortress Certificate No. 10,470. The above-captioned loss implicates two Fortress certificates; Travelers recently confirmed for us (through underwriting files) that one of those certificates was fronted and thus Travelers is still handling all notifications. If you do not believe you are an appropriate contact for the non-fronted Fortress Certificate 10,470 (I have attached a copy), please let me know.

This potential loss involves a dispute over claims for coverage for asbestos suits against the state of Montana, arising from Montana's inspections of the Libby mine. This file had a long period of inactivity during underlying proceedings. The file is once again active and NICO plans to hold regular conference calls with its reinsurers.

If you could confirm you are the correct individuals, I can assemble some information for you (the DJ complaint, the summary judgment briefing, etc), will set up a call for an initial discussion for you to ask questions, and then will also invite you to any calls proposed for all of NICO's reinsurers implicated by this potential loss.

Best,

-Brad

--

Brad E. Rosen

brosen@berkre.com

203 – 363 – 5212

CONFIDENTIAL NOTICE: This e-mail transmission (and the attachments, if any, accompanying it) may contain confidential information. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any forwarding, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by reply e-mail, and then destroy all copies of the transmission.

---

For information pertaining to Willis Towers Watson's email confidentiality and monitoring policy, usage restrictions, or for specific company registration and regulatory status information, please visit https://www.willistowerswatson.com/en-GB/Notices/legal-disclaimers
Willis Towers Watson is a leading global advisory, broking and solutions company that helps clients around the world turn risk into a path for growth. Willis Towers Watson has offices in 140 countries and markets. For a complete list of office locations, please click here
You may receive direct marketing communications from Willis Towers Watson. If so, you have the right to opt out of these communications. You can opt out of these communications by emailing unsubscribe@willistowerswatson.com [ELD-DEF]. You may access a copy of Willis Towers Watson's privacy notice by clicking here.