IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NATIONAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANZ GLOBAL RISKS U.S. INSURANCE COMPANY, as successor-in-interest to GENERAL FIRE AND CASUALTY COMPANY; and VIAD CORPORATION, as successor-in-interest to GENERAL FIRE AND CASUALTY COMPANY;<br><br>Defendants. | ) | Case No. 8:23-cv-322<br><br>**DECLARATION OF JASON W. GRAMS** |

COMES NOW the Declarant, Jason W. Grams, and makes this declaration to be filed in the United States District Court for the District of Nebraska as authorized by 28 U.S.C. § 1746.

1. I am over the age of eighteen and have personal knowledge of the matters set forth herein. I am an attorney-of-record for Plaintiff National Indemnity Company ("NICO") in this case.

2. I offer this Declaration in support of NICO's brief in opposition to Defendant Viad Corporation's ("Viad") motion to dismiss.

3. Attached to this Declaration as Exhibit 1 is a true and correct copy of an affidavit executed and submitted by Viad's General Counsel in opposition to a motion for summary judgment in *Continental Ins. Co. v. Allianz Ins. Co. and Viad Corp.*, No. 00-cv-4548, 2000 WL 34508538 (S.D.N.Y. Oct. 9, 2002), obtained by counsel. NICO's brief refers to this affidavit as "Novak Aff. I."

4. Attached to this Declaration as Exhibit 2 is a true and correct copy of an affidavit executed by Viad's General Counsel in support of a motion to stay litigation and compel

arbitration in *Continental Ins. Co. v. Allianz Ins. Co. and Viad Corp.*, No. 00-cv-4548, 2000 WL 34508538 (S.D.N.Y. Oct. 9, 2002), obtained by counsel. NICO's brief refers to this affidavit as "Novak Aff. II."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this 22nd day of November, 2023.

Jason W. Grams, Declarant

4888-7613-4546, v. 1