IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

NATIONAL INDEMNITY COMPANY,

    Plaintiff,

vs.

ALLIANZ GLOBAL RISKS U.S. INSURANCE COMPANY, as successor-in-interest to General Fire and Casualty Company; and VIAD CORPORATION, as successor-in-interest to General Fire and Casualty Company;

    Defendants.

8:23CV322

**ORDER OF DISMISSAL**

This matter is before the Court on the parties' Joint Stipulation of Dismissal. (Filing No. 65). Having considered the matter, the Court will accept the Joint Stipulation. Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 5th day of March, 2025.

BY THE COURT:

*Susan M. Bazis*

Susan M. Bazis
United States District Judge